# EXHIBIT 3





Oregon :: Officers & Directors

# Officers & Directors



**President**
**Jeff Rouse**

Carson Oil Co Inc
Portland, Oregon



**Vice President**
**Joe Sacomano**

Jackson Energy
Salem, Oregon



**Immediate Past President / EMA Director**
**Gabriel Zirkle**

WSCO Petroleum
Portland, Oregon



**State Executive**
**Tracey Anderson**

Oregon Fuels Association (OFA)
Ridgefield, Washington



**State Director**
**DJ Builta**

Ed Staub and Sons Petroleum / Ed's Trucking LLC
Klamath Falls, Oregon



**State Director**
**Mark Fitz**

Star Oil Co
Portland, Oregon



**State Director**
**Chris Huiard**

Space Age Fuel
Clackamas, Oregon



**State Director**
**Matthew Jubitz**

Jubitz Corporation
Portland, Oregon



**State Director**
**Amy Kaplan**

GP Energy
Grants Pass, Oregon



**State Director**
**Aaron Reding**

Petrocard Inc
Clackamas, Oregon



**State Director**
**Matt Truax**

Truax Corp
Corvallis, Oregon



**State Director**
**Trent Tyree**

Tyree Oil
Eugene, Oregon



**State Lobbyist**
**Mike Freese**

Romain Freese LLC
Salem, Oregon



**State Lobbyist**
**Danelle Romain**

Romain Freese LLC
Salem, Oregon

---

 **View Oregon Associate Members**

## Become a Member

**Becoming a member is easy.** Please download and fill out the application and fax or mail it back to WPMA.

 **Oregon Member Application**

 **DONATE TO THE OFA PAC**

Send company or personal checks to:

OFA PAC
6312 SE Capitol Hwy
PMB 407
Portland, OR 97239

 **Calendar of Events**

Dec 6th, 2023
OFA Holiday Event
Portland Golf Club
Portland, OR

Jul 14 - 16, 2024
2024 Oregon (OFA) Conference
Sunriver Resort
Sunriver, OR



---

      


**Tracey Anderson**
Oregon Fuels Association
Portland, OR

**Address:**
P.O. Box 571500
Murray, UT 84157

**Phone:** 503-779-3312
**Email:** info@oregonfuels.org



COPYRIGHT 2023 WPMA. ALL RIGHTS RESERVED