# EXHIBIT 4



# Membership Resource Directory

*Bringing Together Fuel Professionals
with Similar Goals & Concerns*

**OREGON FUELS ASSOCIATION**
1284 Court Street NE | Salem OR 97301
Phone: 503-670-1777 | Fax: 503-364-9919
www.oregonfuels.org

# EES
# ENVIRONMENTAL CONSULTING, INC.



## PRACTICAL. RESPONSIVE. STRATEGIC.
## SOLUTIONS TO ADVANCE YOUR PROJECT.

EES is a professional consulting firm specializing in practical, cost-effective solutions to a wide range of environmental challenges.

### EXPERIENCE

• OFA members with extensive experience supporting Oregon and Washington fueling facility and terminal owners/operators
• Three decades experience working under Oregon and Washington environmental cleanup regulations
• Familiar with environmental insurance issues

### PRACTICE AREAS

• Environmental investigation and cleanup
• Human health and ecological risk assessment
• Remedial action planning, design, and implementation
• Independent technical review and support
• Litigation support

**240 N. BROADWAY, SUITE 203, PORTLAND, OREGON 97227**
**(503) 847-2740 |  www.ees-enviro.com**
**Contact Paul Ecker | paul@ees-enviro.com**



# DEDICATED TO THE PACIFIC NORTHWEST

## Full Service Environmental Consulting Firm

### Included among the wide range of environmental services that HydroCon can provide are:

- Phase I & II Environmental Site Assessments
- Ecological Risk Assessment and Risk-Based Analysis
- Remedial Investigations/Feasibility Studies & EE/CA's
- UST/AST Decommissioning & Remedial Excavation Oversight
- Environmental Construction Management/Oversight
- Multi-Media Remedial Design & Implementation
- Remedial System Performance Evaluations & Optimization
- Storm Water Design and Management
- Forensic Chemistry
- Data Management

510 Allen Street Suite B
Kelso, WA 98626

360.703.6079
www.hydroconllc.net



## 2019–2020
### MEMBERSHIP RESOURCE DIRECTORY

*The Membership Resource Directory is an annual publication of the Oregon Fuels Association (OFA).*

1284 Court St NE
Salem OR 97301
**503-670-1777**
fax: 503-364-9919
www.oregonfuels.org

*Every effort has been made to provide the most up-to-date information at the time of printing. Please contact OFA staff with changes.*

**To join OFA, or to update your membership listing**
Please contact OFA at
503-670-1777.

**To order additional Resource Directories**
Please contact OFA at
503-670-1777.

**For advertising information**
Please contact our publisher,
LLM Publications at
503-445-2220.

**Publisher**
LLM Publications
503-445-2220 • www.llmpubs.com

**Advertising Sales**
Noah Benjamin • noah@llmpubs.com

**Design**
Stephanie Pendell



# CONTENTS

**About OFA** ...............................................4
*Member Services, What is OFA?*

**OFA Staff**...................................................6

**Annual Meetings**...................................6

**Government Affairs** ............................6

**2019 Officers & Directors** .................7

**Frequently Called Numbers**............8

**OFA Annual Conference.**.................10

**Oregon Congressional Delegation** ........................................12

**Oregon Senate** ...................................13

**Oregon House of Representatives** .......................14

**Marketer & Dealer Members** ........17

**Associate Members**...........................25

**Products & Services** ..........................35

**Index of Advertisers** .........................44

**OFA Pendleton Membership Roundup** ...............44

## Copyright © 2019–2020

No part of this publication may be copied, rekeyed, reproduced or transmitted in any form or by any other means, electronic or mechanical, to any information storage or retrieval system without the express written permission of OFA. Any other use other than for what it was intended, or reproduction of any material in this publication, must be with the written consent of OFA. OFA has made every effort to ensure the accuracy of the profile information and the placement under the appropriate classifications. We urge any member who finds any errors in the publication to report them to the Association. The publisher has taken every precaution to avoid errors in this directory. The advertisers assume complete responsibility to use any or all brand names, trademarks, guarantees and statements which appear in their advertisements.





# ELEVATE

YOUR SITE WITH THE 76® BRAND. REBRAND TODAY.

**Are you getting the most from your current fuel supplier?**
76® has stepped up with a host of innovative programs and tools
designed to help you elevate your business and accelerate your success.

Rebrand with the 76® brand and experience the difference.
**Call 1-844-312-8577 to get started today.**

76® and respective logos are registered trademarks owned by Phillips 66 Company. © 2019 Phillips 66 Company. All rights reserved.

# ABOUT OFA

## OFA MEMBER SERVICES

- ✓ Lobbyists performing key legislative work and strategizing on the local, state and federal levels
- ✓ Discount on SAIF workers' compensation policies (based on eligibility)
- ✓ Oregon UST Compliance Binder *(only available in the State of Oregon for OFA members)*
- ✓ Discounts on Educational Programs such as the Oregon UST Operator Training
- ✓ Discounts on Auto and Homeowner's Insurance through Travelers Insurance
- ✓ Discount on 24-hour Emergency Response Service from Infotrac
- ✓ Discount on OPIS Products and Services
- ✓ iTAG—Identity Theft and Information Security Program
- ✓ Networking opportunities and informative membership meetings around the State including an Annual Conference
- ✓ Annual Membership and Resource Directory
- ✓ Newsletter and Industry Updates
- ✓ **Free** Membership in the Petroleum Marketers Association of America (PMAA)

  **PMAA members receive** discounts on the following:

  - Staples Business Advantage Program
  - Calendars: Crestline
  - Credit card processing: WorldPay
  - Employment background screening: Laborchex
  - AmerAssist A/R Solutions
  - RIN Alliance

**OFA Associate Members** receive all of the above benefits, plus discounts on advertising in the annual membership directory.

### What is OFA?

The Oregon Fuels Association (OFA) is the statewide association of fuel distributors, retailers, commercial fueling and heating oil marketers. It brings together business people who have similar goals and concerns and gives them the advantages of a unified coalition of fuel professionals. Operating their businesses in a world of increased government regulation, more complex technologies and intense competition, fuel marketers and gasoline dealers need the strength of collaboration that OFA provides.

With over 115 marketer, fuel dealers and associate members, OFA is the state's leading resource for industry-related education and support. The influence of its established political organization and lobbying network gives OFA members a powerful advocate for the protection and growth of their businesses and their industry. OFA members account for more than 65% of all petroleum products sold in Oregon.

**For more information on these services,** visit the Members Only section of our website:

www.oregonfuels.org



**Your Single *SOURCE* for Fueling Equipment Solutions**



### Let *SOURCE* Help *YOU* Fuel Your Customers

From fuel site design and EMV compliance to equipment delivery logistics and convenient equipment ordering, the Source team is committed to delivering the expert, service-driven solutions that you have come to rely on since 1979.



SOURCENA.COM



ACETANK.COM

*CALL TOLL FREE*
## IN OREGON
# 800.452.7437

 

Ace's proprietary FuelSafe Systems provide fuel storage, handling, and management solutions designed to be as close to "turnkey" as possible.



# CHART YOUR TANK

  

## AT ACETANK.COM



*Innovative Solutions...Extraordinary Results*

# OFA STAFF

1284 Court St NE, Salem OR 97301
**503-670-1777**  •  fax: 503-364-9919  •  www.oregonfuels.org

## LOBBYISTS

*The Romain Group*

**Danelle Romain**, Attorney at Law
dromain@theromaingroup.com

**Mike Freese**, Attorney at Law
mfreese@theromaingroup.com

## OFA ADMINISTRATION

*Executive Director*
**Genoa Ingram**
info@oregonfuels.org

*Administrative Staff*
**Christy Ford**
**Lisa Van**
**Laureal Williams**

## OFA ANNUAL MEMBERSHIP MEETINGS / EDUCATION / EVENTS

For additional info and registration information, visit www.oregonfuels.org

**May 21–22**: OFA Membership Roundup at Pendleton, OR

**July 14–16**: Annual Conference at Sunriver Resort, Sunriver, OR

## GOVERNMENT AFFAIRS

It has never been more important to have an influential partner with the Oregon Legislature and state regulatory agencies.

**OFA membership gives you:**

- A legislative and regulatory watchdog specifically trained in petroleum issues
- Professional lobbyist advocacy at the Federal, State and Local levels
- Updates on legislative and regulatory issues
- Advice on interpreting laws and regulations
- Unified financial support for legislators who support small business



Oregon Class A/B and C UST Operator Training is now completely online, and OFA members get a special 20% discount on all training. Contact OFA at **503-670-1777** for your discount code and begin to train now! **www.USTTraining.com**.

**20% Off for OFA Members!**

**UST Operator Training**

# 2019 OFA OFFICERS & DIRECTORS

## PRESIDENT

**Matt Truax**
Truax Corporation
PO Box 3002, Corvallis OR 97339
**541-758-1500** • fax: 541-754-6046
matt@truaxcpn.com

## VICE PRESIDENT

**Gabe Zirkle**
WSCO Petroleum Corp.
2929 NW 29th, Portland OR 97210
**503-243-2929** • 503-243-7874
gabez@wscocorp.com

## SECRETARY/TREASURER

**Mark Gram**
Jubitz Travel Center
PO Box 11264, Portland OR 97211
**503-283-1111** • fax: 503-240-5834
mark.gram@jubitz.com

## PMAA REP

**Mark Gram**
Jubitz Corporation
PO Box 11264, Portland OR 97211
**503-283-1111** • fax: 503-240-5834
mark.gram@jubitz.com

## DIRECTORS

**Marc Baker**
Elliott, Powell, Baden & Baker, Inc.
1521 SW Salmon St, Portland OR 97201
**503-227-1771** • fax: 503-274-7644
cell: 503-621-7480
mbaker@epbb.com

**D.J. Builta**
Ed Staub and Sons Petroleum/
Ed's Trucking LLC
301 Esplanade Ave
PO Box 488
Klamath Falls OR 97601
**541-887-8900** • fax: 866-611-8689
cell: 541-891-9585
dj.builta@edstaub.com

**Paul Dowdy**
Jackson Oil Company
38418 Dexter Rd, Dexter OR 97431
**541-505-0222**
paul.dowdy@jacksonoilco.com

**Mark Fitz**
Star-Oilco
232 NE Middlefield Rd, Portland OR 97211
**503-283-1256** • fax: 503-283-1736
mark@staroilco.net

**Dave Maydew**
Space Age Fuel
PO Box 1429, Clackamas OR 97015
**503-212-3900**
david@spaceagefuel.com

**Aaron Reding**
PetroCard
730 Central Ave S, Kent WA 98032
**800-950-3835** • fax: 253-854-7936
areding@petrocard.com

**Jeff Rouse**
Carson Oil Co, Inc.
PO Box 10948, Portland OR 97296
**503-224-8500** • fax: 503-224-2570
rouse@carsonoil.com

**Ron Tyree**
Tyree Oil, Inc.
PO Box 2706, Eugene OR 97402
**541-343-0552**
ron@tyreeoil.com

# FREQUENTLY CALLED NUMBERS

## OFA LOBBYISTS

**The Romain Group**
707 SW Washington St, Ste 927
Portland OR 97205
**503-226-8090 • 503-670-1777**
fax: 503-227-0351
www.oregonfuels.org

**Danelle Romain**
dromain@theromaingroup.com

**Mike Freese**
mfreese@theromaingroup.com

### DEQ—Department of Environmental Quality
700 NE Multnomah St, Ste 600
Portland OR 97232-4100
**503-229-5696**
**800-452-4011** (in Oregon)
deqinfo@deq.state.or.us

**Air Quality**
503-229-5696

### NACS—National Association of Convenience Stores
1600 Duke St, 7th Floor
Alexandria VA 22314
**703-684-3600** • fax: 703-836-4564

### Nevada Petroleum Marketers & Convenience Store Association
**Peter Krueger**
1575 Delucchi Lane, Ste 201
Reno NV 89502
**775-398-3000**

### PMAA—Petroleum Marketers Association of America
**Rob Underwood**
1901 N Fort Myer Dr, Ste 500
Arlington VA 22209-1604
**703-351-8000** • fax: 703-351-9160
info@pmaa.org
www.pmaa.org

### Pacific Fuels Convenience Summit
2520 Venture Oaks Way, Ste 100
Sacramento CA 95833
**916-646-5999**

### WOMA—Washington Oil Marketers Association
**Lea Wilson,** *Executive Director*
9390 Orchard Ave SE
Port Orchard WA 98366
www.facebook.com/washingtonoil

### WPMA—Western Petroleum Marketers Association
PO Box 571500
Murray UT 84157-1500
**801-263-9762**
www.wpma.com



# *FUELED* BY ***EXPERTISE***

*At REG, leading the biodiesel industry means being experts in every aspect of the business.* It means using our expertise to help manage a complex and ever-changing policy and compliance landscape — so you can focus more on growing your business. It means offering an experienced sales team to help you increase profit margins with industry insight and ratable product. And it means supporting your efforts to deliver quality fuel with innovative products that improve performance.

 POLICY    TRADING    TAXES    INNOVATION    SERVICE   INSIGHT

For more information, contact *(888) REG-8686* or visit us at *regi.com*



©2016 Renewable Energy Group, Inc. All Rights Reserved.



**July 14-16 | Sunriver, Oregon**

## 2019 OFA ANNUAL CONFERENCE

*Bringing Together Fuel Professionals
with Similar Goals and Concerns*

*LODGING*
*Call Sunriver Resort at* **800-547-3922.**
*Ask for the OFA room block!*



### Sunday

OFA Board Meeting
OFA PAC Fundraiser
OFA Welcome Dinner
*Sponsored by Source & Friends*



### Monday

Breakfast *Sponsored by Shell*
Exceptional Educational Sessions
BBQ Lunch
Golf Classic
Dinner, Keynote, Silent Auction & Casino Night
*Keynote Speaker: Ventriloquist-Comedian-Improviser,
Michael Paul*





### Tuesday

7th Annual Jerry Guiliano Memorial Trap Shoot
*Sponsored by Mascott Equipment Co.*



## PLEASE SUPPORT OUR SPONSORS!!

**PREMIUM PLUS
PARTNER**

**PREMIUM PARTNERS**

**CONFERENCE SPONSORS**







Conference Welcome Dinner
*Source & Friends*
Monday Breakfast
*Shell*
Name Badge Holders
*Petroleum Designs LLC*
Memorial Trap Shoot
*Mascott Equipment Co.*

**www.oregonfuels.org • 503-670-1777**



## Anderson Environmental Contracting, LLC

Operating since 2000, AEC excels at performing above expectation work and maintaining positive relations with our various federal, public, commercial, and private, clients.

Proud to offer you the following fuel services:

- UST/AST install, removal, and decommissioning
- Fueling systems install and upgrade
- Marine fueling systems and facilities
- Ground-up facility construction
- Partial or complete demolition
- PCS excavation and removal
- Design/build services

Also offering:

- Remedial treatment system install
- Habitat and stream restoration
- Drilling and vac truck services
- Environmental remediation
- Culvert and bridge install

**705 Colorado St.**
**Kelso, WA 98626**

**(360) 577-9194**
**www.aecllc.net**



 **ENVIRONMENTAL SERVICES**

At Mascott, we pride ourselves on superior customer service. We provide our customers with technical service and emergency response 24/7. Mascott is proud to provide our customers with the most up to date industry products, design services, start up support, repair, replacement and back up inventory. Our service fleet is also stocked with an extensive parts inventory to maximize prompt and efficient response.

## YOU CAN RELY ON US!

**CERTIFIED FOR SP001 EPA TANK & SYSTEM INSPECTION**
**ELECTRICAL SERVICES**
**COMPLIANCE INSPECTION & TESTING**
**FIELD METER CALIBRATIONS**
**FUNGAL AND ALGAE MICROBIAL FUEL TESTING**
**MOBILE FUEL POLISHING**





| Seattle | Portland | Tri-Cities, WA | Anchorage |
|---------|----------|----------------|-----------|
| 800.481.7311 | 800.452.5019 | 888.450.7867 | 855.715.7867 |

# OREGON CONGRESSIONAL DELEGATION

## SENATORS

**SENATOR JEFF A. MERKLEY (D)**
313 Hart Senate Office Bldg
Washington DC 20510
**202-224-3753** • fax: 202-228-3997
https://www.merkley.senate.gov

   **District Office**
   121 SW Salmon St, Ste 1400
   Portland OR 97204
   **503-326-3386** • fax: 503-326-2900

**SENATOR RON WYDEN (D)**
221 Dirksen Senate Office Bldg
Washington DC 20510-3703
**202-224-5244** • fax: 202-228-2717
https://www.wyden.senate.gov

   **District Office**
   911 NE 11th Ave, Ste 630
   Portland OR 97232
   **503-326-7525** • fax: 503-326-7528

## REPRESENTATIVES

**REPRESENTATIVE SUZANNE BONAMICI**
*(D-1ST DISTRICT)*
439 Cannon House Office Bldg
Washington DC 20515
**202-225-0855** • fax: 202-225-9497
https://bonamici.house.gov

   **Oregon Office**
   12725 SW Millikan Way, Ste 220
   Beaverton OR 97005
   **503-469-6016** • fax: 503-469-6010

**REPRESENTATIVE GREG WALDEN**
*(R-2ND DISTRICT)*
2185 Rayburn House Office Bldg
Washington DC 20515
**202-225-6730** • fax: 202-225-5774
https://walden.house.gov

   **Oregon Office**
   14 N Central Ave, Ste 112
   Medford OR 97501
   **541-776-4646** • fax: 541-779-0204

**REPRESENTATIVE EARL BLUMENAUER**
*(D-3RD DISTRICT)*
1111 Longworth House Office Bldg
Washington DC 20515
**202-225-4811** • fax: 202-225-8941
https://blumenauer.house.gov

   **Oregon Office**
   911 NE 11th Ave, Ste 200
   Portland OR 97232
   **503-231-2300** • fax: 503-230-5413

**REPRESENTATIVE PETER A. DEFAZIO**
*(D-4TH DISTRICT)*
2134 Rayburn House Office Bldg
Washington DC 20515
**202-225-6416**
https://defazio.house.gov

   **Oregon Office**
   405 E 8th Ave #2030
   Eugene OR 97401
   **541-465-6732** • fax: 541-465-6458

**REPRESENTATIVE KURT SCHRADER**
*(D-5TH DISTRICT)*
2431 Rayburn House Office Bldg
Washington DC 20515
**202-225-5711** • fax: 202-225-5699
https://schrader.house.gov

   **Oregon Office**
   530 Center St NE, Ste 415
   Salem OR 97301
   **503-588-9100** • fax: 503-588-5517

**Who's Your Congressional Representative?**
Visit www.house.gov for more information.

# OREGON SENATE



ADDRESS: 900 Court St NE, Salem OR 97301

WEBSITE: www.oregonlegislature.gov/senate

**HERMAN BAERTSCHIGER JR.** (R-2)
sen.hermanbaertschiger@
oregonlegislature.gov
ph: 503-986-1702  office: S-323

**CLIFF BENTZ** (R-30)
sen.cliffbentz@
oregonlegislature.gov
ph: 503-986-1730 office: S-403

**LEE BEYER** (D-6)
sen.leebeyer@
oregonlegislature.gov
ph: 503-986-1706  office: S-411

**BRIAN BOQUIST** (R-12)
sen.brianboquist@
oregonlegislature.gov
ph: 503-986-1712  office: S-311

**GINNY BURDICK** (D-18)
sen.ginnyburdick@
oregonlegislature.gov
ph: 503-986-1700  office: S-223

**PETER COURTNEY** (D-11)
sen.petercourtney@
oregonlegislature.gov
ph: 503-986-1600  office: S-201

**MICHAEL DEMBROW** (D-23)
sen.michaeldembrow@
oregonlegislature.gov
ph: 503-986-1723  office: S-407

**SHEMIA FAGAN** (D-24)
sen.shemiafagan@
oregonlegislature.gov
ph: 503-986-1724  office: S-409

**LEW FREDERICK** (D-22)
sen.lewfrederick@
oregonlegislature.gov
ph: 503-986-1722  office: S-419

**SARA GELSER** (D-8)
sen.saragelser@
oregonlegislature.gov
ph: 503-986-1708  office: S-405

**FRED GIROD** (R-9)
sen.fredgirod@
oregonlegislature.gov
ph: 503-986-1709  office: S-401

**JEFF GOLDEN** (D-3)
sen.jeffgolden@
oregonlegislature.gov
ph: 503-986-1703  office: S-421

**BILL HANSELL** (R-29)
sen.billhansell@
oregonlegislature.gov
ph: 503-986-1729  office: S-415

**MARK HASS** (D-14)
sen.markhass@
oregonlegislature.gov
ph: 503-986-1714  office: S-207

**DALLAS HEARD** (R-1)
sen.dallasheard@
oregonlegislature.gov
ph: 503-986-1701  office: S-316

**BETSY JOHNSON** (D-16)
sen.betsyjohnson@
oregonlegislature.gov
ph: 503-986-1716  office: S-209

**TIM KNOPP** (R-27)
sen.timknopp@
oregonlegislature.gov
ph: 503-986-1727  office: S-309

**DENNIS LINTHICUM** (R-28)
sen.dennislinthicum@
oregonlegislature.gov
ph: 503-986-1728  office: S-305

**JAMES MANNING JR.** (D-7)
sen.jamesmanning@
oregonlegislature.gov
ph: 503-986-1707  office: S-205

**LAURIE MONNES ANDERSON** (D-25)
sen.lauriemonnesanderson@
oregonlegislature.gov
ph: 503-986-1725  office: S-211

**ALAN OLSEN** (R-20)
sen.alanolsen@
oregonlegislature.gov
ph: 503-986-1720  office: S-425

**FLOYD PROZANSKI** (D-4)
sen.floydprozanski@
oregonlegislature.gov
ph: 503-986-1704  office: S-413

**CHUCK RILEY** (D-15)
sen.chuckriley@
oregonlegislature.gov
ph: 503-986-1715  office: S-303

**ARNIE ROBLAN** (D-5)
sen.arnieroblan@
oregonlegislature.gov
ph: 503-986-1705  office: S-417

**ELIZABETH STEINER HAYWARD** (D-17)
sen.elizabethsteinerhayward@
oregonlegislature.gov
ph: 503-986-1717  office: S-213

**KATHLEEN TAYLOR** (D-21)
sen.kathleentaylor@
oregonlegislature.gov
ph: 503-986-1721  office: S-423

**KIM THATCHER** (R-13)
sen.kimthatcher@
oregonlegislature.gov
ph: 503-986-1713  office: S-307

**CHUCK THOMSEN** (R-26)
sen.chuckthomsen@
oregonlegislature.gov
ph: 503-986-1726  office: S-315

**ROB WAGNER** (D-19)
sen.robwagner@
oregonlegislature.gov
ph: 503-986-1719 office: S-215

**JACKIE WINTERS** (R-10)
sen.jackiewinters@
oregonlegislature.gov
ph: 503-986-1710  office: S-301

# OREGON HOUSE OF REPRESENTATIVES

900 Court St NE, Salem OR 97301 • www.oregonlegislature.gov/house

**TERESA ALONSO LEON** (D-22)
rep.teresaalonsoleon@
oregonlegislature.gov
ph: 503-986-1422  office: H-283

**JEFF BARKER** (D-28)
rep.jeffbarker@
oregonlegislature.gov
ph: 503-986-1428  office: H-480

**GREG BARRETO** (R-58)
rep.gregbarreto@
oregonlegislature.gov
ph: 503-986-1458  office: H-390

**DENYC BOLES** (R-19)
rep.denycboles@
oregonlegislature.gov
ph: 503-986-1419  office: H-385

**DANIEL BONHAM** (R-59)
rep.danielbonham@
oregonlegislature.gov
ph: 503-986-1459  office: H-483

**SHELLY BOSHART DAVIS** (R-15)
rep.shellyboshartdavis@
oregonlegislature.gov
ph: 503-986-1415  office: H-389

**JANELLE BYNUM** (D-51)
rep.janellebynum@
oregonlegislature.gov
ph: 503-986-1451  office: H-284

**BRIAN CLEM** (D-21)
rep.brianclem@
oregonlegislature.gov
ph: 503-986-1421  office: H-481

**MARGARET DOHERTY** (D-35)
rep.margaretdoherty@
oregonlegislature.gov
ph: 503-986-1435  office: H-282

**CHRISTINE DRAZAN** (R-39)
rep.christinedrazan@
oregonlegislature.gov
ph: 503-986-1439  office: H-388

**PAUL EVANS** (D-20)
rep.paulevans@
oregonlegislature.gov
ph: 503-986-1420  office: H-276

**JULIE FAHEY** (D-14)
rep.juliefahey@
oregonlegislature.gov
ph: 503-986-1414  office: H-474

**LYNN FINDLEY** (R-60)
rep.lynnfindley@
oregonlegislature.gov
ph: 503-986-1460 office: H-475

**DAVID GOMBERG** (D-10)
rep.davidgomberg@
oregonlegislature.gov
ph: 503-986-1410  office: H-471

**CHRIS GORSEK** (D-49)
rep.chrisgorsek@
oregonlegislature.gov
ph: 503-986-1449  office: H-486

**MITCH GREENLICK** (D-33)
rep.mitchgreenlick@
oregonlegislature.gov
ph: 503-986-1433  office: H-493

**CEDRIC HAYDEN** (R-7)
rep.cedrichayden@
oregonlegislature.gov
ph: 503-986-1407  office: H-492

**KEN HELM** (D-34)
rep.kenhelm@
oregonlegislature.gov
ph: 503-986-1434  office: H-490

**CHERI HELT** (R-54)
rep.cherihelt@
oregonlegislature.gov
ph: 503-986-1454  office: H-371

**DIEGO HERNANDEZ** (D-47)
rep.diegohernandez@
oregonlegislature.gov
ph: 503-986-1447  office: H-373

**PAUL HOLVEY** (D-8)
rep.paulholvey@
oregonlegislature.gov
ph: 503-986-1408  office: H-277

**ALISSA KENY-GUYER** (D-46)
rep.alissakenyguyer@
oregonlegislature.gov
ph: 503-986-1446  office: H-272

**TINA KOTEK** (D-44)
rep.tinakotek@
oregonlegislature.gov
ph: 503-986-1200  office: H-269

**GARY LEIF** (R-2)
rep.garyleif@
oregonlegislature.gov
ph: 503-986-1402  office: H-386

**RICK LEWIS** (R-18)
rep.ricklewis@
oregonlegislature.gov
ph: 503-986-1418  office: H-484

**JOHN LIVELY** (D-12)
rep.johnlively@
oregonlegislature.gov
ph: 503-986-1412  office: H-488

**PAM MARSH** (D-5)
rep.pammarsh@
oregonlegislature.gov
ph: 503-986-1405  office: H-375

**CADDY McKEOWN** (D-9)
rep.caddymckeown@
oregonlegislature.gov
ph: 503-986-1409  office: H-476

**SUSAN McLAIN** (D-29)
rep.susanmclain@
oregonlegislature.gov
ph: 503-986-1429  office: H-477

**MIKE McLANE** (R-55)
rep.mikemclane@
oregonlegislature.gov
ph: 503-986-1455  office: H-381

**MARK MEEK** (D-40)
rep.markmeek@
oregonlegislature.gov
ph: 503-986-1440  office: H-478

**TIFFINY MITCHELL** (D-32)
rep.tiffinymitchell@
oregonlegislature.gov
ph: 503-986-1432  office: H-285

**NANCY NATHANSON** (D-13)
rep.nancynathanson@
oregonlegislature.gov
ph: 503-986-1413  office: H-279

**MIKE NEARMAN** (R-23)
rep.mikenearman@
oregonlegislature.gov
ph: 503-986-1423  office: H-378

**COURTNEY NERON** (D-26)
rep.courtneyneron@
oregonlegislature.gov
ph: 503-986-1426  office: H-281

# OREGON HOUSE OF REPRESENTATIVES

900 Court St NE, Salem OR 97301 • www.oregonlegislature.gov/house

**RON NOBLE** (R-24)
rep.ronnoble@
oregonlegislature.gov
ph: 503-986-1424  office: H-380

**ROB NOSSE** (D-42)
rep.robnosse@
oregonlegislature.gov
ph: 503-986-1442  office: H-472

**CARLA PILUSO** (D-50)
rep.carlapiluso@
oregonlegislature.gov
ph: 503-986-1450  office: H-491

**BILL POST** (R-25)
rep.billpost@
oregonlegislature.gov
ph: 503-986-1425  office: H-479

**KARIN POWER** (D-41)
rep.karinpower@
oregonlegislature.gov
ph: 503-986-1441  office: H-274

**RACHEL PRUSAK** (D-37)
rep.rachelprusak@
oregonlegislature.gov
ph: 503-986-1437  office: H-489

**DAN RAYFIELD** (D-16)
rep.danrayfield@
oregonlegislature.gov
ph: 503-986-1416  office: H-275

**JEFF REARDON** (D-48)
rep.jeffreardon@
oregonlegislature.gov
ph: 503-986-1448  office: H-473

**E. WERNER RESCHKE** (R-56)
rep.ewernerreschke@
oregonlegislature.gov
ph: 503-986-1456  office: H-384

**ANDREA SALINAS** (D-38)
rep.andreasalinas@
oregonlegislature.gov
ph: 503-986-1438 office: H-485

**TAWNA D. SANCHEZ** (D-43)
rep.tawnasanchez@
oregonlegislature.gov
ph: 503-986-1443  office: H-273

**SHERI SCHOUTEN** (D-27)
rep.sherischouten@
oregonlegislature.gov
ph: 503-986-1427  office: H-280

**DAVID BROCK SMITH** (R-1)
rep.davidbrocksmith@
oregonlegislature.gov
ph: 503-986-1401  office: H-379

**GREG SMITH** (R-57)
rep.gregsmith@
oregonlegislature.gov
ph: 503-986-1457  office: H-482

**BARBARA SMITH WARNER**
(D-45)
rep.barbarasmithwarner@
oregonlegislature.gov
ph: 503-986-1445  office: H-286

**JANEEN A. SOLLMAN** (D-30)
rep.janeensollman@
oregonlegislature.gov
ph: 503-986-1430  office: H-487

**SHERRIE SPRENGER** (R-17)
rep.sherriesprenger@
oregonlegislature.gov
ph: 503-986-1417  office: H-383

**DUANE STARK** (R-4)
rep.duanestark@
oregonlegislature.gov
ph: 503-986-1404  office: H-372

**KIM WALLAN** (R-6)
rep.kimwallan@
oregonlegislature.gov
ph: 503-986-1406 office: H-376

**MARTY WILDE** (D-11)
rep.martywilde@
oregonlegislature.gov
ph: 503-986-1411 office: H-374

**ANNA WILLIAMS** (D-52)
rep.annawilliams@
oregonlegislature.gov
ph: 503-986-1452  office: H-377

**JENNIFER WILLIAMSON**
(D-36)
rep.jenniferwilliamson@
oregonlegislature.gov
ph: 503-986-1436  office: H-295

**CARL WILSON** (R-3)
rep.carlwilson@
oregonlegislature.gov
ph: 503-986-1403  office: H-395

**BRAD WITT** (D-31)
rep.bradwitt@
oregonlegislature.gov
ph: 503-986-1431  office: H-382

**JACK ZIKA** (R-53)
rep.jackzika@
oregonlegislature.gov
ph: 503-986-1453  office: H-387





"If you have had past environmental clean-up costs or will have future clean-up needs, you need to have a conversation with Restorical! They helped Plaid Pantry uncover and collect on insurance policies that we did not know we were entitled to."

— Jonathan Polonsky
President/COO, Plaid Pantry



# We're uncovering history to cover your costs.

Learn more at Restorical.com, or by calling 877-547-7424

# MARKETER & DEALER MEMBERS

## A & B ENTERPRISES, INC.

*Brian Waldrop*: brian@abenter.com
*Don Waldrop*: don@abenter.com
PO Box 3298, LaGrande OR 97850
**541-963-8461** • fax: 541-963-4078

*Brands:* Exxon, Chevron, Shell, Texaco

*Services:* Lubricants, Company Operated
Stations, Dealer Operated Stations,
C-Store, Heating Fuel, Cardlock

## ALBINA HOLDINGS COMPANY

*Jarl Arntson*: jarl.arntson@pegpropane.com
801 Main St, Vancouver WA 98660
**360-816-8016** • fax: 360-816-8017
www.albina.com

*Services:* Heating Fuel

## ASTORIA EAST MINI MART AND LAUNDROMAT

*Debbie Isom*:
astoriaminimart@yahoo.com
*Krista Patterson*:
kristarpatterson@gmail.com
PO Box 910, Warrenton OR 97146
**503-338-0713**
www.astoriaminimart.com

*Brands:* Shell

*Services:* Company Operated
Stations, C-Store

## BASSETT-HYLAND ENERGY CO.

*Scott Bassett*: scott@bassetthyland.com
*Roger Bassett*: roger@bassetthyland.com
PO Box 689, Coos Bay OR 97420
**541-267-2107** • fax: 541-269-7768
www.bassetthyland.com

*Brands:* Chevron, Baldwin Filters,
CFN Cardlock

*Services:* Lubricants, Company
Operated Stations, Dealer Operated
Stations, C-Store, Heating Fuel,
Cardlock, Bulk Fuel Delivery

## BRETTHAUER OIL COMPANY

*Andy Bretthauer*: ab@bretthauer.com
*Melissa Benson*: mb@bretthauer.com
PO Box 1299, Hillsboro OR 97123
**503-648-2531** • fax: 503-640-4518
www.bretthauer.com

*Brands:* Unocal, McCall, BP

*Services:* Lubricants, Heating Fuel, Cardlock,
Bulk Fuel Delivery, Fleet Fueling

## BYRNES OIL COMPANY, INC.

*Mitch Byrnes*: mitch@byrnesoil.com
*Sam Byrnes*: sam@byrnesoil.com
PO Box 700, Pendleton OR 97801
**541-276-3361** • **800-223-8539**
fax: 541-276-3606
www.byrnesoil.com

*Brands:* Chevron, Pacific Pride

*Services:* Lubricants, Company Operated
Stations, Dealer Operated Stations,
Heating Fuel, Cardlock

## C. RENNER, INC.

*Chris Renner*: chris@c-renner.com
*Ross Renner*: ross@c-renner.com
*Sabina Renner*: sabina@c-renner.com
PO Box 35, Crescent City CA 95531
**707-465-1776** • fax: 707-465-0276
www.c-renner.com

*Brands:* Pacific Pride, CFN Cardlock

*Services:* Bulk Fuel Delivery, Lubricants,
Company Operated Stations,
Marine Fuel Dock, C-Store,
Heating Fuel, Cardlock

## C & J ENTERPRISES OF OREGON, INC.

*Gene Pulver*
4419 SW Multnomah, Portland OR 97219
**503-244-6388** • fax: 503-244-0069

*Services:* Service Station, Automotive
Service & Repair

# MARKETER & DEALER MEMBERS

## CAIN PETROLEUM, INC.

*Tom Cain*: tom@cainpetroleum.com
*Ron Cain*: ron@cainpetroleum.com
*Jason Cain*: jason@@cainpetroleum.com
*Stacia Truax*: stacia@cainpetroleum.com
4512 SW Kelly, Portland OR 97239
**503-546-3535** • fax: 503-546-3530
www.cainpetroleum.com

*Brands:* Chevron

*Services:* Dealer Operated Stations, C-Store

## CAMPO & POOLE DISTRIBUTING, LLC

*Brad Holland*: brad@campopoole.com
*Ralph Poole*: ralph@campopoole.com
*Ken Poole*: ken@campopoole.com
*Ryan Reeser*: ryan@campopoole.com
PO Box 309, Ontario OR 97914
**541-889-3128** • fax: 541-881-1465
www.campopoole.com

*Services:* Lubricants, Dealer
Operated Stations, Heating Fuel,
Cardlock, Bulk Fuel Delivery

## CANYON RIVER, LLC

*Donna Cressey*:
charliedonna.arco@gmail.com
*Nancy Hanna*: lou@wvi.com
100 Whitney St, Stayton OR 97383
**503-769-9560** • fax: 503-769-9786

*Brands:* Arco AM/PM

*Services:* C-Store, Gas Station

## CARSON OIL CO., INC.

*Lance Woodbury*:
woodbury@carsonteam.com
*Marti Sharp*: sharp@carsonteam.com
*Jeff Rouse*: rouse@carsonteam.com
PO Box 6030, Portland OR 97228
**503-224-8500** • fax: 503-224-2570
www.carsonteam.com

*Brands:* Chevron, Shell

*Services:* Lubricants, Company Operated
Stations, Dealer Operated Stations,
C-Store, Heating Fuel, Cardlock

## CARTER'S FOOD MART

*Trent Carter*:
cartersfoodmarts@comcast.net
6217 SE King Rd, Milwaukie OR 97222
**503-788-2204** • fax: 503-788-2210

*Services:* C-Store

## CENTURY PETROLEUM, LLC

*Tim Secolo*: tim.secolo@gmail.com
2115 NW Towne Center Dr
Beaverton OR 97006
**503-313-0453** • fax: 503-533-5173
www.tanasbourne76.com

*Brands:* 76

## COLEMAN OIL

*Jim Coleman*:
managementteam@colemanoil.com
529 E Kennewick Ave
Kennewick WA 99336
**509-582-5181** • fax: 208-799-2008

*Brands:* Unbranded

*Services:* Lubricants, Company Operated
Stations, Heating Fuel, Cardlock

## COLVIN OIL COMPANY/ AMERICAN ENERGY

*Lane Colvin*: lane@colvinoil.com
2520 Foothill Blvd, Grants Pass OR 97526
**541-479-5343** • fax: 541-479-4612
alternate fax: 541-472-4942

*Brands:* Chevron, 76, Circle K, Spirit, Fireball

*Services:* Lubricants, Company Operated
Stations, Dealer Operated Stations,
C-Store, Heating Fuel, Cardlock

## DEVIN ENERGY GROUP, INC.

*Rich Devin*: rich@devinoilinc.com
*Doug Devin*: dd_devin@hotmail.com
PO Box 105, Hermiston OR 97838
**541-289-4876** • fax: 541-289-4879

*Brands:* Chevron, Shell

*Services:* Lubricants, Company
Operated Stations, Dealer Operated
Stations, C-Store, Heating Fuel,
Cardlock, Bulk Fuel Delivery

## DON GILES ENT

*Don Giles*: donqgiles@me.com
1702 Main St, Baker City OR 97814
**801-864-7136**

# MARKETER & DEALER MEMBERS

## ED STAUB & SONS PETROLEUM, INC.
*David Staub*: david.staub@edstaub.com
*Brad Staub*: brad.staub@edstaub.com
1301 Esplanade Ave, Klamath Falls OR 97601
**541-947-2101** • fax: 541-947-3411
www.edstaub.com

*Brands:* Chevron, Shell, Valero

*Services:* Lubricants, Company Operated Stations, Dealer Operated Stations, C-Store, Heating Fuel, Cardlock, Bulk Fuel Delivery

## FILLD, INC.
*Ryan Lipert*: rlipert@filld.co
*Pierson Stoecklein*: pstoecklein@filld.co
2362 Old Middlefield Way, Ste C
Mountain View, CA 94043
**877-345-5326**
www.filld.com

*Brands:* Filld Brand Fuel

*Services:* Mobile Fueling

## FIRST CALL HEATING & COOLING
*Casey Kallgren*:
    ckallgren@firstcallheat.com
13154 Clackamas River Dr
Oregon City OR 97045
**503-231-3311** • fax: 503-286-5194
www.firstcallheat.com

*Services:* Heating Fuel

## FISHER CORPORATION
*Bryce Fisher*: bryce@thefishercorp.com
*Howard Fisher*:
    howard@thefishercorp.com
PO Box 1020, Mulino OR 97042
**360-253-6919** • fax: 360-253-8386

*Brands:* Chevron

*Services:* C-Store

## GRANGE COOPERATIVE SUPPLY ASSOCIATION
*Rhonda Terry*: rhonda@grangecoop.com
*Bill Christie*: bill@grangecoop.com
PO Box 3637, Central Point OR 97502
**541-664-1261** • fax: 541-664-1246
www.grangecoop.com

*Services:* Lubricants, Company Operated Stations, Cardlock

## GRIMM'S FUEL OIL COMPANY
*Jeff Grimm*: jefgfc@teleport.com
*Dan Grimm*
18850 SW Cipole Rd, Tualatin OR 97062
**503-636-3623** • fax: 503-692-2015

*Services:* Heating Fuel

## HATTENHAUER DISTRIBUTING COMPANY
*Doug Hattenhauer*:
    doug@hattenhauerdistributing.com
*Alex Hattenhauer*:
    alex@hattenhauerdistributing.com
*Tanna Elliott*:
    tanna@hattenhauerdistributing.com
PO Box 1397, The Dalles OR 97058
**541-296-3515** • fax: 541-296-1426
www.hattenhauerdistributing.com

*Brands:* Hatts Fuel Stops, 76, Unbranded, Sinclair

*Services:* Lubricants, Company Operated Stations, Dealer Operated Stations, C-Store, Heating Fuel, Cardlock

## HAYS OIL COMPANY
*Steve Hays*: shays@haysoil.com
*Craig Randolph*: crandolph@haysoil.com
PO Box 1220, Medford OR 97501
**541-772-2053** • fax: 541-779-2602

*Brands:* Shell, 76 Lubricants, Phillips 66, Kendall Motor Oils, CFN, Pacific Pride, Pennzoil, Quaker State, Mighty Products

*Services:* Lubricants, Heating Fuel, Cardlock, Bulk Fuel Delivery

## HELLER & SONS DISTRIBUTORS
*Mike Heller*: mheller@eotnet.net
*Jim Heller*: jheller@eotnet.net
PO Box 66, Hermiston OR 97838
**541-567-6582** • fax: 541-567-0843

*Brands:* Unbranded

*Services:* Lubricants, Company Operated Stations, C-Store, Heating Fuel, Cardlock

## HENDERSON FUEL COMPANY
*Dennis Henderson*: info@hendersonfuel.com
PO Box 356, Wallowa OR 97885
**541-886-3027** • fax: 541-886-9871

*Services:* Lubricants, Company Operated Stations, Heating Fuel, Cardlock, Bulk Fuel Delivery

# MARKETER & DEALER MEMBERS

## HIGHLAND FOOD MARKET, INC.

*Bob Barman*: rjbarman@aol.com
*Danny Draper*: draper99@hotmail.com
PO Box 2092, Lake Oswego OR 97035
**503-720-2917** • fax: 503-635-8849

*Brands:* 76, Chevron

*Services:* Company Operated Stations, C-Store

## HOOD RIVER SUPPLY ASSOCIATION

*Pat McAllister*: patm@hrsupply.com
*Tony Haun*: tonyh@hrsupply.com
PO Box 209, Hood River OR 97031
**541-386-2757** • fax: 541-386-4550
www.hrsupply.com

*Brands:* Cenex

*Services:* Lubricants, Company Operated Stations, Heating Fuel, Cardlock, Bulk Fuel Delivery

## JACKSON ENERGY

*Tony Stone*: tony.stone@jacksonenergyco.com
*Joe Sacomano*:
   joe.sacomano@jacksonenergyco.com
*Paul Dowdy*:
   paul.dowdy@jacksonenergyco.com
3450 Commercial Ct, Meridian ID 83642
**208-888-6064** • fax: 208-884-6799
www.jacksonenergyco.com

*Brands:* Chevron, Shell, 76, Exxon Mobil

*Services:* Company Operated Stations, Dealer Operated Stations, C-Store

## JUBITZ CORPORATION

*Gaylene Salvagno*:
   gaylene.salvagno@jubitz.com
*Mark Gram*: mark.gram@jubitz.com
PO Box 11264, Portland OR 97211
**503-283-1111** • fax: 503-240-5834
www.jubitz.com

*Services:* Lubricants, Company Operated Stations, C-Store, Cardlock

## JUNIPER FUEL, INC.

*Jon Wren*: jon@juniperfuelinc.com
PO Box 175, Redmond OR 97756
**541-548-1035** • fax: 541-548-5054

*Brands:* Chevron, Shell, Pacific Pride, Tesoro, Unocal, ConocoPhillips

*Services:* Lubricants, Heating Fuel, Cardlock

## LEATHERS ENTERPRISES, INC.

*Lila Leathers-Fitz*: leathers@teleport.com
*Kathy Leathers*: kathy@leathersfuels.net
*Brent Leathers*: brent@leathersfuels.net
255 Depot St, Fairview OR 97024
**503-661-1244** • fax: 503-661-0234

*Brands:* Leathers Fuels, Shell

*Services:* Company Operated Stations, Dealer Operated Stations, C-Store, Cardlock

## MARC NELSON OIL PRODUCTS, INC.

*Peter Nelson*: pete@marcnelsonoil.com
PO Box 7135, Salem OR 97303
**503-363-7676** • fax: 503-363-5822
www.marcnelsonoil.com

*Brands:* Pacific Pride Franchisee, ConocoPhillips Lubricants

*Services:* Lubricants, Heating Fuel, Cardlock, Bulk Fuel Delivery, Fleet Fueling

## McCALL OIL & CHEMICAL CORP.

*Jeannie Krieger*: jeannie@mccalloil.com
*Kevin Jones*: kevin@mccalloil.com
5480 NW Front Ave, Portland OR 97210
**503-221-6400** • fax: 503-221-6414
www.mccalloil.com

*Services:* Heating Fuel, Wholesale Diesel, Biodiesel, Gasoline, and Fuel Oil Supplier of asphalt for state, federal and commercial projects Terminaling services, marine access.

## MEDFORD FUEL

*Karen Ferguson*: contact6@medfordfuel.com
936 S Central, Medford OR 97501
**541-773-7311** • fax: 541-773-1799
www.medfordfuel.com

*Brands:* 76, Pacific Pride Franchisee, Monitor Dealer, Toyotomi Dealer

*Services:* Company Operated Stations, C-Store, Heating Fuel, Cardlock

## MERRITT #1 INC.

*Tad Truax*: tadtruax@mac.com
*Mike Truax*: miketruax1@mac.com
PO Box 18297, Salem OR 97305
**503-588-7872** • fax: 503-588-1490

*Brands:* 76, Shell, Chevron

# MARKETER & DEALER MEMBERS

## MILLER OIL, INC.

*Cheri Miller*: cheri@milleroilinc.com
*Chris Miller*
PO Box 1546, Prineville OR 97754
**541-416-1078** • fax: 541-416-1135

*Brands:* 76, ConocoPhillips, Chevron

*Services:* Lubricants, Heating Fuel,
Cardlock, Bulk Fuel Delivery

## MORROW COUNTY GRAIN GROWERS

*Doug Holland*: dough@mcgg.net
PO Box 367, Lexington OR 97839
**541-989-8221** • fax: 541-989-8229
www.mcgg.net

*Services:* Lubricants, Heating Fuel,
Cardlock, Bulk Fuel Delivery

## MT. PARK CHEVRON

*Chris Davies*:
    bluegoose@bluegoosemarket3.com
2 Monroe Pkwy, Lake Oswego OR 97035
**503-636-0945**

*Brands:* Chevron

*Services:* C-Store

## NORTHWEST SOLVENTS & SUPPLY, INC.

*John Coble*: nwss@integraonline.com
PO Box 2772, Eugene OR 97402
**541-342-3798** • fax: 541-342-4489
www.northwestsolventsandsupply.com

*Services:* Heating Fuel

## PACIFIC NORTHWEST PETROLEUM, INC.

*Ray Batra*: 76petroleum@gmail.com
*Rohit Sharma*: 76petroleum@gmail.com
9600 SW Capitol Hwy, Ste 200
Portland OR 97219
**503-639-5800** • fax: 503-639-5383

*Brands:* ConocoPhillips, 76

*Services:* Company Operated
Stations, C-Store

## PETROCARD

*Aaron Reding*: areding@petrocard.com
*Laura Yellig*: lyellig@petrocard.com
12901 SE 97th Ave, Ste 210
Clackamas OR 97015
**800-950-3835** • fax: 253-854-7936
www.petrocard.com

*Brands:* Unbranded, 76, ConocoPhillips

*Services:* Heating Fuel, Cardlock,
Bulk Fuel Delivery

## PLAID PANTRY

*Chris Girard*: chrisg@plaidpantry.com
*Jonathan Polonsky*:
    jonathanp@plaidpantry.com
10025 SW Allen Blvd, Beaverton OR 97005
**503-646-4246** • fax: 503-646-3071
www.plaidpantry.com

*Brands:* Shell, 76

*Services:* Company Operated Stations, C-Store



PATRIOT CAPITAL

**FINANCING**
From The Industry Leader

**All Equipment**
EMV, Canopies, POS and More!

**100% Financing**
Including Installation, Shipping & Taxes

**Geoff Smith**
404-915-9749
Geoff.Smith@patcapfinance.com

Voted BEST in the U.S. By PMAA

# MARKETER & DEALER MEMBERS

## POWELL DISTRIBUTING CO., INC.

*Jason Powell*: jlmlpowell@aol.com
*Lee Powell, Jr.*: aero180@aol.com
PO Box 17160, Portland OR 97217
**503-289-5558** • fax: 503-735-0100

*Brands:* Shell

*Services:* Lubricants, Company
Operated Stations, Dealer
Operated Stations, C-Store

## PULLIAM PETROLEUM

*Tony Pulliam*: tonypulliam@hotmail.com
*Sue Pulliam*
PO Box 969, Boring OR 97009
**503-663-6635** • fax: 503-663-0210

*Services:* Heating Fuel

## RED CARPET CAR WASH

*Michael Fassett*:
rccw1@bendbroadband.com
PO Box 5323, Bend OR 97708
**541-388-2652** • fax: 541-317-5580
www.bendredcarpetcarwash.com

*Brands:* Shell

*Services:* Lubricants, Company
Operated Stations

## RITCHIE CHEVRON

*Melinda Stevenson*: jimsfishing@bmi.net
1115 Wallace Rd, Salem OR 97304
**503-364-4903** • fax: 503-831-4786

*Brands:* Chevron

## SHELDON OIL CO., INC.

*Mike Sheldon*: msheldon@sheldonoil.com
*Shell Sheldon*: smsheldon@sheldonoil.com
2801 Third St, Tillamook OR 97141
**503-842-2172** • fax: 503-842-8448
www.sheldonoil.com

*Brands:* Shell

*Services:* Lubricants, Company Operated
Stations, C-Store, Heating Fuel,
Cardlock, Bulk Fuel Delivery

## SISTERS MAINLINE STATION, LLC

*Steve Rodgers*:
mainlinestation@bendbroadband.com
*Robin Rodgers*:
mainlinestation@bendbroadband.com
PO Box 877, Sisters OR 97759
**541-549-5400** • fax: 541-549-8802

*Brands:* Chevron

*Services:* Company Operated Stations, C-Store

## SPACE AGE FUEL, INC.

*Jim Pliska*: jim@spaceagefuel.com
*David Maydew*: sales@spaceagefuel.com
PO Box 1429, Clackamas OR 97015
**503-212-3900** • fax: 503-212-3910

*Services:* Company Operated Stations,
Dealer Operated Stations,
C-Store, Heating Fuel, Bulk Fuel
Delivery, Fleet Fueling

## STAR-OILCO

*Mark Fitz*: mark@staroilco.net
*Mike Fitz*: fitz@staroilco.net
*Michael Redmond*:
michael.redmond@staroilco.net
232 NE Middlefield Rd, Portland OR 97211
**503-283-1256** • fax: 503-283-1736
www.staroilco.net

*Brands:* Shell, Valvoline, PetroCanada,
Royal Purple Lubricants

*Services:* Lubricants, Company Operated
Stations, Heating Fuel, Cardlock,
Biofuels, Bulk Fuel, Toyo Heating
Equipment, Biodiesel, E-85

## STEIN OIL, INC.

*Bob Stein*
*Sue Stein*: sue@steinoil.com
13001 Clackamas River Dr, Ste 200
Oregon City OR 97045
**503-656-0375** • fax: 503-655-5707
www.steinoil.com

*Services:* Lubricants, Company
Operated Stations, Dealer Operated
Stations, C-Store, Cardlock

# MARKETER & DEALER MEMBERS

## TARR ACQUISITION, LLC
*Skip Tarr*: starr@tarrllc.com
*Scott Groesbeck*: sgroesbeck@tarrllc.com
PO Box 12570, Portland OR 97212
**503-288-5294** • fax: 503-288-0421
www.tarrllc.com

*Services:* Cardlock

## TRUAX CORPORATION
*John Truax*: jtruax@truaxcpn.com
*Maria Truax*
PO Box 3002, Corvallis OR 97339
**541-758-1500** • fax: 541-754-6046

*Brands:* Mobil, Chevron, Shell, Towne Pump

*Services:* Company Operated Stations, Dealer Operated Stations, C-Store

## TRUCK N' TRAVEL
*John Anderson*: jaa@truckntravel.com
PO Box 71458, Springfield OR 97475
**541-868-2880** • fax: 541-484-4953
www.truckntravel.com

*Services:* C-Store, Cardlock, Fleet Fueling

## TYREE OIL, INC.
*Ron Tyree*: ron@tyreeoil.com
*Bob Johnston*: bob@tyreeoil.com
*Brian Otto*: brian@tyreeoil.com
*Trent Tyree*: trent@tyreeoil.com
*Dameon Barrows*: dameon@tyreeoil.com
*Ryan Weaver*: ryan@tyreeoil.com
PO Box 2706, Eugene OR 97402
**541-687-0076** • fax: 541-343-0552
www.tyreeoil.com

*Brands:* 76, Chevron, Whitmore, Pacific Pride/CFN, Petro-Canada, Durex, Red Line, Valvoline

*Services:* Lubricants, Company Operated Stations, C-Store, Heating Fuel, Cardlock, Bulk Fuel Delivery, Fleet Fueling

## WAYSIDE MARKET
*Kevin Schulz*: kevin@waysidemkt.com
PO Box 1269, Battle Ground WA 98604
**360-576-1991** • fax: 360-576-3590

*Brands:* Unbranded

## WORLD FUEL SERVICES
*Katie Justin*: kjustin@wfscorp.com
*Jim Pederson*: jpederson@wfscorp.com
*Nick Schoenfelder*: nschoenfelder@wfscorp.com
PO Box 1397, Tacoma WA 98401
**800-929-5243** • fax: 503-255-0420
www.wfscorp.com

*Brands:* Chevron, Phillips 66, Pacific Pride, CFN, Shell

*Services:* Cardlock, Lubricants, Bulk Fuel Delivery, Propane, Fleet Fueling, Retail, Wholesale. Specializing in fixed forward, benchmark contract, fixed-prompt and rail supply

## WSCO PETROLEUM
*Gabriel Zirkle*: gabez@wscocorp.com
*Glenn Zirkle*: glennz@wscocorp.com
*Darrell Looney*: darrell@wscocorp.com
2929 NW 29th, Portland OR 97210
**503-243-2929** • fax: 503-243-7874
www.wscopetroleum.com

*Brands:* Astro, Chevron, Shell, P66, Tesoro, Valero, Texaco

*Services:* Company Operated Stations, Dealer Operated Stations, C-Store, Bulk Fuel Delivery



*OFA Holiday Reception*
*Details posted soon at: www.oregonfuels.org*

# TIME AND MONEY.
# WE GIVE YOU BOTH.

We listen to you and your business needs—then tailor a loan that fits. Our loans are custom-made, not mass-produced. Every business is different, so rest assured your Columbia Bank loan will be designed specifically to your needs, your business, and for you.

Airport Way  503-257-6511
Happy Valley  503-489-1920
Clackamas  503-387-4040
ColumbiaBank.com



Member FDIC  Equal Housing Lender



Columbia Bank
WHERE RELATIONSHIPS RULE

---

## MARTIN S. BURCK ASSOCIATES, INC.
(855) 387-4422
msba@msbaenvironmental.com
http://martinsburckassociates.com

**Geologic and Environmental Consulting Services**

MSBA

### Commercial ✦ Residential ✦ Industrial

#### Specializing in

✦ Environmental Compliance and Investigations
✦ Cost Effective Soil and Groundwater Cleanup
✦ Regulatory Site Closure (NFA)
✦ Environmental Permitting and Risk Management
✦ Property Evaluations
✦ Hazardous Waste Removal
✦ Insurance Coverage Support

Free Initial Consultation

# ASSOCIATE MEMBERS

## AIR-SERV

*Brian Fox*: brian.fox@air-serv.com
1378 Reeve St, Unit #6, Santa Clara, CA 95050
**408-202-8934**

## ANC VEHICLE WASH AND FUEL SYSTEMS

*Ryan Lougheed*: ryanl@nwestco.com
6150 NE 92nd Dr #100, Portland OR 97220
www.nwestco.com
**503-254-9455** • fax: 503-254-9481

*As a division of Nwestco, ANC Vehicle Wash and Fuel Systems sells, distributes, installs, and services vehicle wash and petroleum equipment. For over 20 years, ANC has sold and serviced touchless, self-serve, and soft cloth carwash equipment as well as all fueling equipment components. In addition, ANC sells and distributes carwash chemicals. The manufacturers we represent are numerous, including PECO, Specialty, AUTEC, Belanger, Turtle Wax, Blue Coral, Gilbarco, Veeder-Root, Franklin Fueling Systems, OPW, and many more.*

## ANDERSON ENVIRONMENTAL CONTRACTING, LLC

*Mike Todd*: miket@aecllc.net
*Steve Anderson*: stevea@aecllc.net
*Garrett Hale*
*David Walker*
*Makenzie Wing*: makenziew@aecllc.net
*Kelly Kellogg*
705 Colorado St, Kelso WA 98626
www.aecllc.net
**360-577-9194** • fax: 360-577-9198

*A Certified Service-Disabled Veteran Owned Small Business operating throughout the Pacific Northwest since 2000, specializing in the installation and removal of above and underground storage tanks as well as installing & retrofitting fuel systems. AEC has over one year's experience with remedial excavation and installation of remediation systems on environmental sensitive sites.*

## ARGUS MEDIA

*Heather Killough*
*Cortney Becker*:
    cortney.becker@argusmedia.com
2929 Allen Pkwy, Ste 700
Houston TX 77019
www.argusmedia.com
**713-968-0019**

*Argus is a leading provider of data on prices and fundamentals, news, analysis, consultancy services and conferences for the global crude, oil products, LPG, natural gas, electricity, coal, emissions, bioenergy, fertilizer, petrochemical, metals and transportation industries. Data provided by Argus are widely used for indexation of physical trade. Companies, governments and international agencies use Argus information for analysis and planning purposes.*

## BB&A ENVIRONMENTAL

*Randy Boese*: rjboese@bbaenv.com
25195 SW Parkway Ave, Ste 207
Wilsonville OR 97070
www.bbaenv.com
**503-570-9484** • fax: 503-570-0384

*Beginning our 30th year in business, BB&A Environmental (BB&A) provides comprehensive environmental consulting and engineering services including, for example, environmental site assessments for property transactions, UST investigations and risk based closures, in-place soil and groundwater remediation using high pressure injection of carbon to "trap" and micro-organisms to "treat" subsurface contamination (BOS 100 and BOS 200), and development of SPCC plans. Operating from offices in Wilsonville and Eugene, BB&A serves all of Oregon, Southwest Washington, and Northern California.*

# ASSOCIATE MEMBERS

## BERKLEY ENVIRONMENTAL, LLC
*Greg Travis*:
  gtravis@berkleyenvironmental.com
*David Harvey*:
  dharvey@berkleyenvironmental.com
2 Ravinia, Ste 1100, Atlanta GA 30346
www.berkleyenvironmental.com
**404-443-2008**

  *We are an A+ Rated insurance company, specializing in providing innovative and flexible insurance solutions for environmental risks.*

## BERKLEY NORTH PACIFIC
*Mike Schaller*:
  mschaller@berkleynpac.com
660 E Watertower St, Meridian ID 83642
www.berkleynpac.com
**208-898-5207**  •  fax: 208-898-5218

  *Berkley North Pacific is part of the W.R. Berkley Corporation, a Fortune 500 company. We operate in the Northwest and insure petroleum jobbers with companies rated A+ Superior by the A.M. Best Company. Our policies are underwritten by experienced Petroleum Underwriters and serviced by local Risk Management and Claims Teams.*

## BESTWORTH-ROMMEL, INC.
*Steve Quigg*: squigg@bestworth.com
19818 74th Ave NE, Arlington WA 98223
www.bestworth.com
**360-435-2927**  •  fax: 360-435-3617

  *Construction of fueling canopies, metal buildings, retail fueling facility re-imaging, and architectural imaging.*

### Premium Partner

## BP/ARCO
*Rocky Sida*: sidasj@bp.com
8114 204th Ave Ct E, Bonney Lake WA 98391
www.bp.com
**253-862-9284**  •  fax: 253-862-9278

## CASCADE SIGNS & NEON—A DIVISION OF RAMSAY SIGNS
*Lisa Kinnee*: lisa@cascade-signs.com
*Jay Kinnee*: jay@cascade-signs.com
Salem OR
www.cascade-signs.com
**503-378-0012**  •  fax: 503-777-0220

  *Since 1911, we have been specializing in lighted signs and neon. Focus of work: re-image of gas stations—all major brands. Service and maintenance of signs, neon and exterior lighting, LED's, etc. UL Listed manufacturer of channel letters, wall signs, pylon signs, monument signs.*

### Premium Plus Partner

## CHEVRON USA, INC.
*Marian Catedral*:
  mjcatedral@chevron.com
6001 Bollinger Canyon Rd, SR6101-3127
San Ramon CA 94583
www.chevron.com
**925-790-6814**  •  fax: 925-790-6349

## COLUMBIA STATE BANK
*Greg Dunbar*:
  gdunbar@columbiabank.com
*Gene Matson*:
  matsong@columbiabank.com
5083 NE 122nd Ave, Portland OR 97230
www.columbiabank.com
**503-257-6511**  •  fax: 503-603-8050

  *Columbia State Bank is an Oregon based community bank with over 80 years of experience serving the financial needs of businesses and individuals throughout the Northwest. We strive to serve clients who seek the resources, sophisticated products and services of larger financial institutions but we deliver them with the approach of a community bank.*

# ASSOCIATE MEMBERS

## DAR USA CONSTRUCTION, LLC

*Rajiv Kumar*: inpetroleum@yahoo.com
 cell: 541-223-3677 • 541-791-7035
*Deepak Arora*: dee@darusa1.com
 541-500-0123
*Joseph Scheinberg*: scheinbergj@gmail.com
 541-414-9297
2902 Mount Vernon St SE, Albany OR 97322
**541-791-7035**

## DOUBLE R PRODUCTS

*Butch Price*: butch@doublerproducts.com
*Brandon*: brandon@doublerproducts.com
901 NW E St, Grants Pass OR 97526
www.doublerproducts.com
**541-476-1387** • fax: 541-474-2528

## EES ENVIRONMENTAL CONSULTING, INC.

*Paul Ecker*: paul@ees-enviro.com
240 N Broadway, Ste 203, Portland OR 97227
www.ees-enviro.com
**503-847-2740**

 *EES provides professional environmental
 consulting services to OFA members,
 other industrial clients, and attorneys. We
 emphasize practical and strategic solutions
 to environmental assessment and cleanup
 needs, and offer strong technical and litigation
 support services based on 20 years consulting
 experience in Oregon and Washington.*

### Premium Partner

## ELLIOTT, POWELL, BADEN & BAKER

*Marc Baker*: mbaker@epbb.com
*Derek Aldrich*: daldrich@epbb.com
*Oksana Chorna*: ochorna@epbb.com
*Chris Conant*: cconant@epbb.com
*Frank Baccellieri*: fbaccellieri@epbb.com
*Jim Ewald*: jewald@epbb.com
*Jill Perucca*: jperucca@epbb.com
*Jennifer French*: jfrench@epbb.com
*Pam Wimmer*: pwimmer@epbb.com
*Shari Coker-Brown*:
 scoker-brown@epbb.com
*Joanne Taylor*: jtaylor@epbb.com
*Kim Haas*: khaas@epbb.com
1521 SW Salmon St, Portland OR 97205
www.epbb.com
**800-488-2869 • 503-227-1771**
fax: 503-274-7644

 *Full service independent insurance agency
 specializing in providing insurance coverage
 for the petroleum industry, as well as
 businesses that support the petroleum
 industry. Policies offered include property
 and liability insurance, pollution liability
 from vehicles to storage tanks, workers'
 compensation, health and employee benefits
 as well as home, auto, and other personal
 insurance coverages. We also feature a
 specialist for bond placement and a web based
 loss control and risk management platform.*

## EIA, INC.

*Taylor Elliot*: taylor@eiains.com
PO Box 23605, Portland OR 97281
www.eiains.com
**800-977-3335** • fax: 503-977-3334

 *Underground and above ground
 storage tank insurance.*



Want to become a
Premium Partner?

Call us for more information: 503-670-1777

# ASSOCIATE MEMBERS

### FEDERATED INSURANCE

*Ryan Crawford*: rtcrawford@fedins.com
121 East Park Square
PO Box 328, Owatonna MN 55060
www.federatedinsurance.com
California Branch Office:
10850 Gold Center Dr, Ste 150
Rancho Cordova CA 95670
**520-820-6478** • fax: 507-455-7840

*For more than a century, Federated Insurance has been providing quality insurance products to businesses of all sizes. Federated's highly trained representatives understand the insurance needs of the petroleum industry, so you can expect to get personalized service and coverages specially designed for your business. Federated's many outstanding risk management programs and services include industry-specific Risk Management Academy seminars and Federated's Shield Network®, offering clients anytime online access to a variety of risk management resources.*

### HYDROCON ENVIRONMENTAL, LLC

*David Borys*: davidb@hydroconllc.net
314 W 15th St, Ste 300, Vancouver WA 98660
**360-719-0682** • fax: 360-703-6086

*HydroCon is a full service environmental consulting firm that completes work through the Pacific Northwest. We specialize in a wide range of engineering and environmental services to facilitate investigation and remediation of environmental sites. Our environmental resource professionals include geologists, engineers, toxicologists and environmental scientists who have over 100 years' experience.*

### IPC USA

*Kyle Mertel*: kyle.mertel@usipc.com
33305 1st Way S, Ste B-210
Federal Way WA 98003
www.usipc.com
**206-300-7214** • fax: 253-276-6758

### LEAVITT GROUP OF PORTLAND

*Rick Zarosinski*: rick-z@leavitt.com
*Nate Hurst*: nate-hurst@leavitt.com
8285 SW Nimbus Ave, Ste 120
Beaverton OR 97008
www.lgportland.com
**503-639-4220** • fax: 503-639-4449

*Leavitt Group of Portland provides our clients with comprehensive and cost effective insurance solutions. With over 26 years of petroleum insurance experience, we provide comprehensive and cost effective solutions suited for the needs of our clients. In a constantly changing marketplace, out staff of professionals are an important resource for your insurance and risk management needs.*

<div align="center">Premium Partner</div>

### MARATHON

*Matt Gill*: matthew.p.gill@andeavor.com
PO Box 700, Anacortes WA 98221-0700
www.andeavor.com
**360-293-9149**

*Marathon is a premier refining, marketing and logistics company. We aim to be better in every way—for our people, our customers, our shareholders, our business partners and our communities.*



*It's Our Business to Protect Yours*

**It's Our Business to Protect Yours**

# FEDERATED
## INSURANCE®

federatedinsurance.com

**Federated Mutual Insurance Company and its subsidiaries***

19.19 Ed. 2/19  *Not licensed in all states.
© 2019 Federated Mutual Insurance Company

# ASSOCIATE MEMBERS

## MASCOTT EQUIPMENT COMPANY

*Bob Baxter (Outside Sales)*:
    bbaxter@mascottec.com
*Mike Raymond*:
    mraymond@mascottec.com
*Chuck Softich (Corporate Sales Director)*:
    csoftich@mascottec.com
*John Howells*: jhowells@mascottec.com
435 NE Hancock St. Portland OR 97212
https://mascottec.com
**800-452-5019 • 503-282-2587**
fax: 503-288-9664

Petroleum equipment sales, service, installation, specializing in retail service stations, commercial systems, aviation systems, lubrication systems, and industrial equipment. Retail products available; Wayne dispenser and Point of Sale Terminals, Verifone consoles, Incon tank monitors and service station supplies. Oil and grease industrial pumps. Underground Tank fiberglass tanks and fiberglass clad steel tank and aboveground tanks, canopy lighting.

## MENG-HANNAN CONSTRUCTION CO., INC.

*Brad Trebelhorn*:
    bradt@menghannan.com
*John Failor*: johnf@menghannan.com
9301 SE Stanley Ave
Portland OR 97222
www.menghannan.com
**503-761-5290** • fax: 503-761-4912

Meng-Hannan Construction has specialized in design and petroleum construction for over 25 years. Licensed DEQ service provider offering new facility construction; fuel system upgrades, lube center/car wash construction, as well as industry maintenance and general contracting throughout the Pacific Northwest.

## MILLER NASH GRAHAM & DUNN, LLP

*Brian Doherty*:
    brian.doherty@millernash.com
*Mike Porter*:
    mike.porter@millernash.com
*Jeff Condit*: jeff.condit@millernash.com
*Bill Manne*: bill.manne@millernash.com
111 SW 5th Ave, Ste 3400
Portland OR 97204
www.millernash.com
**503-205-2333** • fax: 503-205-8531

A Northwest regional law firm, founded in 1873, with offices in Portland, Bend, Vancouver, Seattle and Long Beach, California. Over the years, Miller Nash Graham & Dunn has represented many OFA companies, with particular emphasis on dealer and environmental issues as well as corporate, employment, land use, real estate, tax and state agency disputes.

## MSBA—MARTIN S. BURCK ASSOCIATES, INC.

*Marty Burck*: msba@gorge.net
200 N Wasco Ct, Hood River OR 97031
**541-387-4422 • 855-387-4422**
fax: 541-387-4813

For over 20 years, Martin S. Burck Assoc., Inc. (MSBA) has successfully and cost-effectively provided site assessments, cleanups, and risk-based closures at petroleum facilities. MSBA routinely provides expert testimony and litigation support for insurance coverage of environmental cleanups. Prepares storm water and hazardous/ regulated materials permits (SPCC/NPDES).

## MUSKET CORPORATION

*Thor Ivanoff*:
    thor.ivanoff@musketcorp.com
17829 NW Sedgewick Ct
Beaverton OR 97006
**503-928-1675** • fax: 425-463-3959

# ASSOCIATE MEMBERS

## NORTHWEST PUMP & EQUIPMENT

*Bill Mathews*: bill.mathews@nwpump.com
2800 NW 31st Ave, Portland OR 97210
www.nwpump.com
**503-227-7867** • fax: 503-227-4006

*Northwest Pump & Equipment specializes in the sales and service of petroleum, automotive, and industrial equipment.*

## OREGON DEPT. OF TRANSPORTATION/ FUELS TAX GROUP

*David Nemchik*: david.nemchik@state.or.us
*Doug Kleeb*: douglas.j.kleeb@state.or.us
355 Capitol St NE, MS 21, Salem OR 97301
http://fuelstax.oregon.gov
**503-378-5773** • fax: 503-378-3060

*Fuels Tax Group includes Fuels Tax and Collection Units. Fuels Tax Unit administers the Oregon fuels tax law and several city and county ordinances. Fuels Tax Unit processes licenses and fuels tax reports; and audits for compliance. Collections Unit provides collection services for Oregon Department of Transportation divisions.*

## PACIFIC PRIDE SERVICES, LLC

*Catrina Kersich*: ckersich@pacpride.com
*Kate Posey*: kate.posey@fleetcor.com
205 Columbia St NE
Salem OR 97301
www.pacificpride.com
**800-367-5066** • fax: 503-371-6708

*Pacific Pride Services, LLC is the franchisor of the Pacific Pride Commercial Fueling System. Pacific Pride Services offers its franchisees exclusive territories, fully automated transaction processing, funds settlement, and a full range of services supporting the operation and management of commercial fueling services for fleet customers. The Pacific Pride Commercial Fueling System provides commercial customers convenient access to fuel at cardlock sites, truck stop sites, and selected retail sites in the United States and Canada.*

## PACIFIC TRUCK TANK, INC.

*Kirby Fleming*:
    kfleming@pacifictrucktank.com
*Jerry Jones*: jjones@pacifictrucktank.com
7029 Florin Perkins Rd
Sacramento CA 95828
www.pacifictanktruck.com
**916-379-9280** • fax: 916-379-9210

*Pacific Truck Tank is the leading builder of petroleum and propane delivery trucks in the Western United States. Pacific Truck Tank is affiliated with Pacific Meter & Equipment in Seattle, WA.*

## PATRIOT CAPITAL

*Geoff Smith*: geoff.smith@patcapfinance.com
*Chris Santy*: chris.santy@patcapfinance.com
1200 Ashwood Pkwy, Ste 570
Atlanta GA 30338
www.patriotcapitalfinance.com
**404-915-9749** • fax: 415-651-8817

*Patriot Capital finances gas pumps, point of sale, UST's, TLS gauges, price signs and most other C-store and gas station equipment. Patriot is recognized by the PMAA as the "Best in US" for equipment financing.*

## PETROLEUM CARD SERVICES

*Lori Griboski*: lorig@pcs4fuel.com
2243 Park Pl, Ste C
Minden NV 89423
www.pcs4fuel.com
**866-427-7297** • fax: 775-782-7572

*Credit Card Processing.*

## PETROLEUM DESIGNS, LLC

*Virginia Cherry*: vlcherry@petro-designs.com
*Peter Kappertz*: peter@petro-designs.com
PO Box 702
Gresham OR 97030
www.petro-designs.com
**503-558-9622**

*We have been providing a full range of design services for the petroleum and convenience store industries for over 30 years. We specialize in the design of underground and above ground tanks for gas stations, cardlocks, and truck stops. Our design services include site plans, building plans, plumbing, mechanical, and electrical plans for retail stores, offices, tenant improvements, car washes, lubes and shop buildings.*

# ASSOCIATE MEMBERS

*Premium Partner*

## PHILLIPS 66 COMPANY

www.phillips66.com
*Mark Nass*: mark.a.nass@p66.com
   Branded Fuels Business Development –
   Pacific Northwest
**360-990-1337**

*Ashley Roeder*: ashley.r.roeder@p66.com
**281-777-6205**

*Lynn Chun*: lynn.a.chun@p66.com
   Unbranded Fuel Sales – Pacific Northwest
6629 NE Jay St, Seattle WA 98110
**206-780-9931** • fax: 206-780-1780

## RENEWABLE ENERGY GROUP, INC.

*Todd Ellis*: todd.ellis@regi.com
*Troy Shoen*: troy.shoen@regi.com
416 S Bell Ave, Ames IA 50010
www.regi.com
**515-239-8104** • fax: 206-582-5001

   *REG is a leading North American advanced biofuels producer. REG is a reliable supplier of biofuels which exceed ASTM quality specifications. REG sells REG-9000 biomass-based diesel so consumers can have cleaner burning fuels.*

## RESTORICAL RESEARCH

*Ben Pariser*: ben@restorical.com
*Jeff Berebitsky*: jeff@restorical.com
*David Valinetz*: dave@restorical.com
7525 SE 24th St, Ste 315
Mercer Island WA 98040
www.restorical.com
**877-547-7424** • fax: 206-230-4987

   *Restorical Research specializes in locating old insurance policies that do not contain an effective pollution exclusion and assisting our clients in tendering good faith claims and obtaining coverage for environmental liabilities to fund the remediation of contamination.*

## RETAIL PROFIT SYSTEMS

*Justin Wise*: justin@retailprofitsystems.com
*Stew Whitman*: stew@retailprofitsystems.com
5361 Bierson Way
Central Point OR 97502
www.retailprofitsystems.com
**541-665-4855** • fax: 541-665-4858

   *Retail Profit Systems provides unsurpassed customer service with honesty and integrity to develop long-term business relationships. RPS specializes in 3 specific products:*

   • *ATM Sales and Service*
   • *Payment Processing*
   • *Point of Sale Solutions*

## RPMG

*Darren Knop*: dknop@rpmgllc.com
*Steve Dietz*: sdietz@rpmgllc.com
*Doug Punke*: dpunke@rpmgllc.com
1157 Valley Park Dr, Ste 100
Shakopec MN 55379
www.rpmgllc.com
**952-465-3220**

   *RPMG has been providing ethanol marketing services for 20 years to producers. We are owned by producers and we market for 21 ethanol plants.*

## SC FUELS

*Don Groscost*: groscostd@scfuels.com
www.scfuels.com
**425-606-0187**

## SEQUENTIAL

*Kevin Kuper*: kevink@sqpbiodiesel.com
*Nancy Sage*: nancys@sqpbiodiesel.com
3333 NW 35th Ave, Bldg C
Portland OR 97210
www.choosesq.com
**503-585-1673**

   *SeQuential is Oregon's largest and longest running biodiesel producer, specializing in biodiesel made from recycled cooking oil.*

*Premium Partner*

## SHELL OIL PRODUCTS US

*Kristen Maxwell*: kristen.maxwell@shell.com
19215 SE 34th St, Ste #106-110
Camas WA 98607
www.shell.com
**832-337-9099**

# ASSOCIATE MEMBERS

### SOURCE NORTH AMERICA CORP.

*Brian Van Wagner*:
    bvanwagner@sourcena.com
*Jessica Bartlett*: jbartlett@acetank.com
7510 NE Killingsworth, Portland OR 97218
www.sourcena.com
**800-452-7437** • fax: 800-279-7885

*Retail and industrial equipment sales and service distributors. In business since 1937, stocking warehouses in Portland and Seattle. Source North America/ Ace specializes in complete fuel system packaging shop and lubrication equipment, and bulk loading/offloading systems.*

### TARGA SOUND TERMINAL

*Bett Lucas*: bett@targaresources.com
4130 E 11th St, Tacoma WA 98421
www.targasoundterminal.com
**253-272-9348**

### TIDEWATER BARGE LINES

*Stu Sanborn*: stu@tidewater.com
PO Box 1210, Vancouver WA 98660
www.tidewater.com
**360-693-1491** • fax: 360-694-8981

*In operation since 1932, Tidewater has traditionally offered a variety of barge transportation services on the Columbia-Snake River System. Today, in our endeavor to provide extended services to our customers, Tidewater has evolved into a multi-model transportation company serving the Pacific Northwest with its integrated system of towboats, barges, and terminals.*

### US OIL & REFINING CO.

*Janet Millie*: janet.millie@usor.com
3001 Marshall Ave, Tacoma WA 98421
www.usor.com
**253-377-0945** • **800-424-2012**
fax: 253-572-1717

*Oil Refiner, Wholesale Supply Gasoline, Diesel, and Jet Fuel.*

### UST TRAINING

*Ben Thomas*: ben@usttraining.com
3495 Daisy Ln, Clinton WA 98236
www.usttraining.com
**360-321-4776**

*UST Training is Oregon's premier DEQ-approved provider of online Class A/B and C UST operator training. Contact us about the OFA member discount.*

### VALERO MARKETING AND SUPPLY COMPANY

*Jim Vanderdoes*: jim.vanderdoes@valero.com
*Melinda Farias*: melinda.farias@valero.com
PO Box 696000
San Antonio TX 78269-6000
www.valero.com
**210-345-3504** • fax: 210-345-2103

*Valero is an American company based in San Antonio, TX. Through its subsidiaries, Valero is the world's largest independent refiner and a leading U.S. marketer with over 5,600 wholesale branded outlets stretching from coast to coast. Give us a call to find out why so many marketers are choosing the Valero brand.*



# ASSOCIATE MEMBERS

## WESTMOR INDUSTRIES

*Mike Hennen*:
   mike.hennen@westmor-ind.com
*Jason Soulon*:
   jason.soulon@westmor-ind.com
*Mandi Carlberg*:
   mandi.carlberg@westmor-ind.com
3 Development Dr, Morris MN 56267
www.westmor-ind.com
**320-815-4415**  •  fax: 320-585-5644

   *Complete petroleum equipment from
   pipeline to pump. Offering design,
   manufacturing, service and parts.
   Refined fuel truck tanks, pull trailers, LP
   trucks & transports, fueling systems &
   C-Store design and bulk fuel storage.*

## WHEATLAND INSURANCE CENTER, INC.

www.wheatlandins.com
*Russ Heimark*: russh@wici.net
PO Box 1127, Pendleton OR 97801
**541-276-7441**  •  fax: 503-657-6614

*Steve Bertelson*: steveb@wici.net
PO Box 1127, Pendleton OR 97801
**541-276-7441**  •  fax: 541-276-7688
*Luke Swanson*: lswanson@wici.net
PO Box 1349, Hermiston OR 97838
**541-567-8834**



Sampling & Testing of:

Diesel

Gasoline

Ethanol

Biodiesel

Biodiesel Blends

Fuel Oil

Jet Fuel

Oil & Petrochemicals

**Bureau Veritas** provides world class service and support at every major loading, discharge and STS location. With over 6,000 staff in 125 locations, we are able to provide reliable quality and quantity determination, along with the local and global industry knowledge that is required to promote successful trade.

Operating 24/7

Local laboratory with quick turn around on sample results



360-574-7060
www.bureauveritas.com
/commodities



## NORTHWEST PUMP THROUGH THE YEARS



CELEBRATING 60 Years OF EXCEPTIONAL SERVICE



Founding Owners (left to right)
T.E. Baumgartner
Don E. Buster
George J. Mathews
Robert F. Miller

1959

1st NWP Building | Portland, OR
(other branches were also opened
in Seattle and Spokane)

Purchased Shaw and Little
(allowed NWP to sell in California and Arizona)

2006

Became an Employee-Owned Company

Current NWP Building

1959    2001    2019

Northwest Pump has been an industry leader in the West for Petroleum and Industrial services since 1959. Now celebrating 60 years of business, Northwest Pump is a proud employee-owned company that includes 16 branches and over 150 employees. Dedication to the industry and exceptional customers, vendors and employees have been the main contributing factors to Northwest Pump's success through the years.

### Contact Us  800.452.PUMP | nwpump.com

Portland | Seattle/Federal Way | San Diego | Fresno | Sacramento
Fremont | Glendale/LA | Spokane | Phoenix | Anaheim | Anchorage
Honolulu | Pasco | Tucson | Boise | Billings

Follow Us 

# PRODUCTS & SERVICES GUIDE

## ADDITIVES & LUBRICANTS

◖◖ Chevron USA, Inc.
◖◖ Targa Sound Terminal

## ATM SALES & SERVICE

Retail Profit Systems

## ATTORNEYS

◖◖ Miller Nash Graham & Dunn, LLP

## BENEFITS COVERAGE

◖◖ Elliott, Powell, Baden & Baker, Inc.
DBA epb&b insurance

## BIODIESEL—WHOLESALE

◖◖ IPC USA

◖◖ **RENEWABLE ENERGY GROUP, INC.**
*Todd Ellis*
503 Second Ave, Ste 1508
Seattle WA 98104
**515-239-8104**
todd.ellis@regi.com
www.regi.com
 ◆ *Please see our ad on page 9*

◖◖ SeQuential
◖◖ Targa Sound Terminal

## C-STORE EQUIPMENT & SUPPLIES

◖◖ **MASCOTT EQUIPMENT COMPANY**
*Mike Raymond*
435 NE Hancock St, Portland OR 97212
**503-282-2587  •  800-452-5019**
fax: 503-288-9664
mraymond@mascottec.com
www.mascottec.com
 ◆ *Please see our ad on page 11*

◖◖ Source North America Corp.





**Refining, Retail and Midstream**
***Now Coast to Coast***
**and proud sponsor of the Oregon Fuels Association**

# PRODUCTS & SERVICES GUIDE

## CAR WASH EQUIPMENT & SUPPLIES

 ANC Vehicle Wash and Fuel Systems (a division of Nwestco)

 **NORTHWEST PUMP & EQUIPMENT CO.**
*Bill Mathews*
2800 NW 31st Ave, Portland OR 97210
**800-452-PUMP** • fax: 503-227-4006
www.nwpump.com
* *Please see our ad on page 34*

## COMMERCIAL FUELING

 Anderson Environmental Contracting, LLC

 IPC USA

 Pacific Pride Services, LLC

 Source North America Corp.

## COMPLIANCE TESTING

 Anderson Environmental Contracting, LLC

### INSPECTORATE
*Rob Reed*
2119 SE Columbia Way Ste 280
Vancouver WA 98661
**360-574-7060** • fax: 360-574-6463
rob.reed@inspectorate.com
www.inspectorate.com
* *Please see our ad on page 33*

 Mascott Equipment Company

**NORTHWEST TANK & ENVIRONMENTAL SERVICES, INC.**
**800-742-9620**
bw@nwtank.com
www.nwtank.com









## DRILLING/PROBING

**BB&A ENVIRONMENTAL**
*Randy Boese*
25195 SW Parkway Ave, Ste 207
Wilsonville OR 97070
**503-570-9484** • fax: 503-570-0384
www.bbaenv.com

## ENVIRONMENTAL SERVICES (CONSULTANTS, ENGINEERS, CONTRACTORS)

Anderson Environmental Contracting, LLC

BB&A Environmental

**EES ENVIRONMENTAL CONSULTING, INC.**
*Paul Ecker, RG, LHG*
240 N Broadway, Ste 203
Portland OR 97227
**503-847-2740**
paul@ees-enviro.com
www.ees-enviro.com
• *Please see our ad on the inside front cover*

**HYDROCON ENVIRONMENTAL, LLC**
*David Borys*
314 W 15th St Ste 300
Vancouver WA 98660
**360-719-0682**
davidb@hydroconllc.net
www.hydroconllc.net
• *Please see our ad on page 1*

Mascott Equipment Company

**MSBA—MARTIN S. BURCK ASSOCIATES, INC.**
*Marty Burck*
**541-387-4422** • **855-387-4422**
msba@msbaenvironmental.com
• *Please see our ad on page 24*

**RESTORICAL RESEARCH, LLC**
*Ben Pariser*
7525 SE 24th St, Ste 315
Mercer Island WA 98040
**206-963-4818**
ben@restorical.com
http://restorical.com
• *Please see our ad on page 16*

**UNIVERSAL APPLICATORS, INC.**
*Greg Babcock*
**503-329-2203** • **800-200-1377**
uaitanks@gmail.com
www.universalap.com
*Cathodic protection testing; tank cleaning, inspection & coatings; tank replacement, installation & removal.*
• *Please see our ad on page 39*

UST Training

## ETHANOL PROVIDER

RPMG, LLC

Targa Sound Terminal

CASCADE SIGNS & Neon
A Division of
RAMSAY SIGNS
& HEATH NW
Serving
OREGON
&
WASHINGTON
PORTLAND
SALEM
EUGENE
MEDFORD
SEATTLE
RAMSAY SIGNS
RE-IMAGE TURN-KEY ALL MAJOR BRANDS
INSTALLATION – MANUFACTURE – SERVICE
Jay Kinnee 503-910-0555
jay@cascade-signs.com
Lisa Kinnee 503-871-8228
lisa@cascade-signs.com

# PRODUCTS & SERVICES GUIDE

## FINANCIAL SERVICES

**COLUMBIA BANK**
*Greg Dunbar*
5083 NE 122nd Ave
Portland, OR 97230
**503-257-6511** • fax: 503-257-6294
gdunbar@columbiabank.com
www.columbiabank.com
• *Please see our ad on page 24*

**PATRIOT CAPITAL**
*Geoff Smith*
geoff.smith@patcapfinance.com
www.patriotcapitalcorp.com

**PETROLEUM CARD SERVICES**
*Michelle Keven*
**775-552-3039**
michellek@pcs4fuel.com
www.pcspayments.com
Retail Profit Systems
Wheatland Insurance Center, Inc.

## GENERAL CONTRACTORS

Anderson Environmental
Contracting, LLC
Byrnes Oil

## GOVERNMENT AGENCY

Oregon Dept. of Transportation/
Fuels Tax Group

## HUMAN RESOURCES/ EMPLOYMENT SERVICES

Miller Nash Graham & Dunn, LLP

## INDUSTRIAL FUEL OIL

Targa Sound Terminal

## INSURANCE

Berkley North Pacific
Berkley Environmental, LLC

**EIA, INC. (ENVIRONMENTAL INSURANCE AGENCY)**
*Taylor Elliott*
PO Box 23605, Portland OR 97281
**503-977-3333** • **800-977-3335**
fax: 503-977-3334
taylor@eiains.com
www.eiains.com

**ELLIOTT, POWELL, BADEN & BAKER, INC. DBA EPB&B INSURANCE**
*Marc Baker*
1521 SW Salmon St
Portland OR 97205
**503-227-1771** • **800-488-2869**
cell: 503-621-7480 • fax: 503-274-7644
mbaker@epbb.com
www.epbb.com
• *Please see our ad on the back cover*

**FEDERATED INSURANCE**
5701 W Talavi Blvd, Ste 200
Glendale AZ 85306
**602-375-7136** • fax: 602-375-7061
www.federatedinsurance.com
• *Please see our ad on page 28*
Leavitt Group of Portland
Restorical Research, LLC



**Universal Applicators, Inc.**

Cathodic Protection Testing, Installations and Upgrades
Tank Cleaning, Inspection, Coatings, Removal and Replacement

Universal Applicators, Inc.
503-236-6359 or 800-200-1377
uaitanks@gmail.com • unniversalap.com

# PRODUCTS & SERVICES GUIDE

**INSURANCE, CONT.**

 **WHEATLAND INSURANCE CENTER, INC.**
PO Box 1127, Pendleton OR 97801
**541-276-7441** • fax: 541-276-7688
www.wheatlandins.com
* *Please see our ad on page 36*

**LUBE EQUIPMENT**

 Mascott Equipment Company

**MANUFACTURER'S AGENTS**

**WILSON/ROGERS & ASSOCIATES**
*Scott Wilson*
**888-851-7275**
www.wilsonrogers.com
*We are independent manufacturer's agents: A professional Sales, Marketing and Customer Service Organization.*

**OIL COMPANIES/ REFINERS/TRADERS**

 BP

 Chevron USA, Inc.

 IPC USA

 **MARATHON PETROLEUM**
*Truman Renner*
**253-896-8705**
truman.i.renner@andeavor.com
www.andeavor.com
* *Please see our ad on page 35*

 **McCALL OIL & CHEMICAL CORP.**
*Jeannie Krieger*
5480 NW Front Ave
Portland OR 97210
**503-221-6400** • **800-622-2558**
fax: 503-221-6414
jeannie@mccalloil.com
www.mccalloil.com
* *Please see our ad on this page*




# PRODUCTS & SERVICES GUIDE



**PHILLIPS 66**
*Mark Nass*
*Business Development/Branded Sales*
**360-990-1337**
mark.a.nass@p66.com
www.phillips66.com
⬥ *Please see our ad on page 3*
SC Fuels

Shell Oil Products

Targa Sound Terminal

**US OIL & REFINING CO.**
*Janet Millie*
3001 Marshall Ave, Tacoma WA 98421
**253-383-1651 • 800-424-2012**
cell: 253-377-0945 • fax: 253-572-1717
janet.millie@parpacific.com
www.usor.com

World Fuel Services

## PETROLEUM EQUIPMENT (SALES, INSTALLATION)

ANC Vehicle Wash and Fuel Systems (a division of Nwestco)

Anderson Environmental Contracting, LLC

Mascott Equipment Company

Meng-Hannan Construction, Inc.

**NORTHWEST PUMP & EQUIPMENT CO.**
*Bill Mathews*
2800 NW 31st Ave, Portland OR 97210
**800-452-PUMP** • fax: 503-227-4006
www.nwpump.com
⬥ *Please see our ad on page 34*

**SOURCE NORTH AMERICA CORP. DBA DEAN HOUSTON**
*Brian Van Wagner*
7510 NE Killingsworth St
Portland OR 97218
**800-452-7437** • fax: 800-279-7885
bvanwagner@sourcena.com
www.sourcena.com
⬥ *Please see our ad on page 5*



**McCall** Oil & Chemical Corporation

5480 NW Front Ave Portland, OR 97210
(800) 622-2558 | www.mccalloil.com

**LEADING THE WAY**
Providing Customers the fuel they need, when they need it.

**Services:**
• Rack Fuel Loading – 24/7, 365 days per year
• Bulk Fuel Delivery
• Fuel Storage
• Maritime Dock Fueling – 922' dock – open 24/7

**Products:**
• Biodiesel
• Diesel
• Heating Fuel
• Marine Diesel

# PRODUCTS & SERVICES GUIDE

## PRICE REPORTING AGENCY/ OIL PRICE INFORMATION

Argus Media

## RAIL CARS

Targa Sound Terminal

## SERVICE STATION CONSTRUCTION, EQUIPMENT & SUPPLIES

Anderson Environmental Contracting, LLC

Bestworth-Rommel, Inc.

Mascott Equipment Company

**MENG-HANNAN CONSTRUCTION CO., INC.**
*Brad Trebelhorn*
9301 SE Stanley Ave, Portland OR 97222
**503-761-5290** • fax: 503-761-4912
bradt@menghannan.com
www.menghannan.com
  ◆ *Please see our ad on this page*

Northwest Pump & Equipment Co.

Source North America Corp.

## SIGNS (MANUFACTURE, INSTALLATION & SERVICE)

**CASCADE SIGNS & NEON— A DIVISION OF RAMSAY SIGNS**
*Lisa Kinnee*
PO Box 7268, Salem OR 97303
**503-378-0012** • fax: 503-362-8154
lisa@cascade-signs.com
www.cascade-signs.com

## STATION/C-STORE SITE DESIGN & RELATED SERVICES

Anderson Environmental Contracting, LLC

Cascade Signs & Neon— A Division of Ramsay Signs

Meng-Hannan Construction, Inc.



# MENG-HANNAN CONSTRUCTION, INC.

## GENERAL CONTRACTORS
Phone  503.761.5290
menghannan.com

Brad Trebelhorn • bradt@menghannan.com

Specializing in

**Convenience Stores • Car Washes**
**Petroleum Services • Quick Lubes**

PARTNERSHIP              TEAMWORK
EFFICIENCY       CCB# 47283       QUALITY

# PRODUCTS & SERVICES GUIDE

**PETROLEUM DESIGNS, LLC**
*Peter Kappertz*
PO Box 702, Gresham OR 97030
**503-558-9622**
kappertzdesign@yahoo.com
  • *Please see our ad on the inside back cover*

 Source North America Corp.

## TANK TRUCKS/TRAILERS

**PACIFIC TRUCK TANK, INC.**
7029 Florin-Perkins Rd
Sacramento CA 95828
**916-379-9280**
www.pacifictrucktank.com
  • *Please see our ad on page 37*

**POLAR SERVICE CENTERS**
*Jeff Smith*
8801 N Vancouver Ave
Portland OR 97217
**503-575-7600** • fax: 503-284-1433
jeff.smith@polarsvc.com
www.polarcorp.com

## TANKS

 Anderson Environmental Contracting, LLC
 Mascott Equipment Company
 Northwest Pump & Equipment Co.
 Source North America Corp.
 Targa Sound Terminal

## TERMINAL RACK

 IPC USA

**McCALL OIL & CHEMICAL CORP.**
*Jeannie Krieger*
5480 NW Front Ave
Portland OR 97210
**503-221-6400 • 800-622-2558**
fax: 503-221-6414
jeannie@mccalloil.com
www.mccalloil.com
  • *Please see our ad on page 41*

 Source North America Corp.
 Targa Sound Terminal
 Tidewater Barge Lines
 US Oil & Refining Co.

## TRANSPORTERS

 Tidewater Barge Lines

## UST/AST SERVICES

**ANDERSON ENVIRONMENTAL CONTRACTING, LLC**
*Mike Todd*
705 Colorado St, Kelso WA 98626
**360-577-9194**
miket@aecllc.net
www.aecllc.net
  • *Please see our ad on page 11*

 BB&A Environmental
 Byrnes Oil
 Mascott Equipment Company
 Meng-Hannan Construction, Inc.
 MSBA—Martin S. Burck Associates, Inc.
 Source North America Corp.
 UST Training

**Thank you to the advertisers and OFA members for making the 2019–2020 directory possible.**

**PLEASE SUPPORT OUR ADVERTISERS**

# INDEX OF ADVERTISERS

Anderson Environmental
Contracting, LLC .......................................... 11, 43

BB&A Environmental ......................................... 38

Bureau Veritas ................................................... 33

Cascade Signs & Neon—
A Division of Ramsay Signs ...................... 38, 42

Columbia Bank ............................................. 24, 39

EES Environmental
Consulting, Inc. .............. inside front cover, 38

EIA, Inc.
(Environmental Insurance Agency) .............. 39

Elliott, Powell, Baden & Baker, Inc.
DBA EPB&B Insurance ............... 39, back cover

Federated Mutual Insurance Co ............. 28, 39

Hydrocon Environmental, LLC .................. 1, 38

Inspectorate ....................................................... 36

Marathon Petroleum ................................. 35, 40

Mascott Equipment Company ................. 11, 35

McCall Oil & Chemical Corp ..................... 41, 43

Meng-Hannan Construction Co., Inc. .......... 42

MSBA—
Martin S. Burck Associates, Inc. .............. 24, 38

Northwest Pump & Equipment Co .. 34, 36, 41

Northwest Tank &
Environmental Services, Inc .......................... 36

Pacific Truck Tank, Inc. ............................... 37, 43

Patriot Capital ............................................. 21, 39

Petroleum Card Services ........................... 39, 40

Petroleum Designs, LLC ....43, inside back cover

Phillips 66 ....................................................... 3, 41

Polar Service Centers ....................................... 43

Renewable Energy Group, Inc. .................. 9, 35

Restorical Research, LLC ........................... 16, 38

Source North America Corp. ...................... 5, 41

Tankmax Inc ....................................................... 37

US Oil & Refining Co. ........................................ 41

UST Training ......................................................... 6

Universal Applicators Inc .......................... 38, 39

Wheatland Insurance Center, Inc ........... 36, 40

Wilson/Rogers & Associates .................... 32, 40



**MEMBERSHIP ROUNDUP**

Thank you to everyone
who joined us at the
OFA Membership Roundup
in Pendleton May 21–22!
See you in 2020!!

*SUPPORT OUR SPONSORS!*

PREMIUM PLUS PARTNER

Chevron

PREMIUM PARTNERS

MARATHON

bp

epb&b insurance
Elliott, Powell, Baden & Baker, Inc.

PHILLIPS 66

www.oregonfuels.org  •  503-670-1777



# PETROLEUM DESIGNS L.L.C.
### Building on more than 30 years of Experience serving the petroleum industry

## We can fulfill all your facility design goals:
**Retail Stations**     **Convenience Stores**
**Truck Stops**          **Car Washes**
**Cardlocks**            **Bulk Fueling**






**Peter Kappertz, Principal          503-558-9622**
www.Petro-Designs.com



# You don't have to chase us all over the country.

In today's fuel industry, changes happen fast. Whether you're dealing with increased regulation, new technology, or greater competition, it can be helpful to get support from a local partner that understands the global perspective. That's where EPB&B comes in.

## We're right here in the Northwest.
And, as part of our involvement with OFA, we provide coverage that is smart, current, and complete for regional partners in the fuel industry.

Our dedicated energy department is always available for valued OFA companies.

- Count on reliable, one-on-one support from our local, in-house team.
- Access your accounts 24/7 through our client web portal.
- Take advantage of more than 4,000 safety resources via our exclusive risk management platform as you manage a proactive, OSHA-compliant, risk management program.

Meet your coverage goals with a partner that understands your concerns on the local, state, and federal levels.



**epb&b insurance**
Elliott, Powell, Baden & Baker, Inc.

PROPERTY

GENERAL LIABILITY

POLLUTION LIABILITY

WORKERS' COMPENSATION

FLEET / VEHICLES

BONDING

INDIVIDUAL & GROUP HEALTH

LIFE

HOMEOWNERS

AUTOMOBILE

SPECIALIZED PROGRAMS

3/19

1521 SW SALMON STREET · PORTLAND, OREGON 97205-1783 · WWW.EPBB.COM   OFA
PHONE: 503-227-1771 / 800-488-2869 · FAX: 503-274-7644 · EMAIL: INSURE@EPBB.COM