# EXHIBIT 5

Oregon Secretary of State

**Welcome to ORESTAR**
**December 6, 2023  (Version: v4.2.15.003 )**

| Home | Business | Voting & Elections | State Archives | Audits |

## Public Search ▲

Committees/Filers by Name

Committees/Filers by Election

Committees by Measure/Petition

Campaign Finance Transactions

Campaign Finance Certificates

Candidate Filings

Local Measures

**My Vote**

**Sign in**

**Elections Home**

**Elections History**

**Publications & Forms**

## Transaction Search Results ⓘ

[New Search]          Export To Excel Format          [Prev] [Next]

*in-kind expenditure

**out-of-state contributor                    ❓ Help

Search Criteria : Contributor/Payee Name starts with Space Age Fuel,

Results : 56 records found for the above search criteria

| Tran ID | Tran Date | Status | Filer/Committee | Contributor/Payee | Sub Type | Amount |
|---|---|---|---|---|---|---|
| 2903334 🔍 | 07/31/2018 | Original | A Tax Is A Tax Committee | Space Age Fuel | Cash Contribution | $1,000.00 |
| 1377760 🔍 | 10/15/2012 | Original | Associated Oregon Industries PAC | Space Age Fuel, Inc | Cash Contribution | $345.00 |
| 1550467 🔍 | 09/13/2013 | Original | Associated Oregon Industries PAC | Space Age Fuels, Inc | Cash Contribution | $435.00 |
| 1820114 🔍 | 09/15/2014 | Original | Associated Oregon Industries PAC | Space Age Fuels, Inc | Cash Contribution | $435.00 |
| 2066499 🔍 | 09/17/2015 | Original | Associated Oregon Industries PAC | Space Age Fuels, Inc | Cash Contribution | $495.00 |
| 4220580 🔍 | 07/11/2022 | Original | Bring Balance to Salem PAC | Space Age Fuels Inc | Cash Contribution | $25,000.00 |
| 226912 🔍 | 02/27/2008 | Original | Committee to Elect Brad Avakian | Space Age Fuel, Inc. | Cash Contribution | $1,000.00 |
| 2098643 🔍 | 11/03/2015 | Original | Committee to Elect Brad Avakian | Space Age Fuel, Inc. | Cash Contribution | $5,000.00 |
| 2275134 🔍 | 06/23/2016 | Original | Committee to Elect Brad Avakian | Space Age Fuel, Inc. | Cash Contribution | $5,000.00 |
| 4424746 🔍 | 11/10/2022 | Original | Community Oriented Public Servants PAC | Space Age Fuel | Cash Expenditure | $125.00 |
| 3484350 🔍 | 06/09/2020 | Original | Evergreen Oregon PAC | Space Age Fuel, Inc. | Cash Contribution | $10,000.00 |
| 4173118 🔍 | 06/02/2022 | Original | Friends of Christine Drazan | Space Age Fuels, Inc. | Cash Contribution | $20,000.00 |
| 4282012 🔍 | 09/15/2022 | Original | Friends of Christine Drazan | Space Age Fuels, Inc. | Cash Contribution | $20,000.00 |
| 3553499 🔍 | 08/30/2020 | Original | Friends of Jeff Gudman | Space Age Fuels, Inc. | Cash Contribution | $2,000.00 |
| 1349594 🔍 | 09/20/2012 | Original | Friends of John Huddle | Space Age Fuel #17 | Personal Expenditure for Reimbursement | $20.00 |
| 1368383 🔍 | 10/09/2012 | Original | Friends of Julie Parrish | Space Age Fuel | Cash Expenditure | $75.00 |
| 1368388 🔍 | 10/09/2012 | Original | Friends of Julie Parrish | Space Age Fuel | Cash Expenditure | $7.00 |
| 2413431 🔍 | 10/21/2016 | Original | Friends of Julie Parrish | Space Age Fuel | Personal Expenditure for Reimbursement | $40.04 |
| 3549481 🔍 | 08/26/2020 | Original | Friends of Kim Thatcher | Space Age Fuels, Inc. | Cash Contribution | $2,000.00 |
| 2354316 🔍 | 09/15/2016 | Original | Friends of Mark Meek | Space Age Fuels Inc | Cash Contribution | $2,000.00 |
| 2867014 🔍 | 06/14/2018 | Original | Friends of Mark Meek | Space Age Fuels Inc | Cash Contribution | $2,000.00 |
| 3750023 🔍 | 02/25/2021 | Original | Friends of Stan Pulliam | Space Age Fuels | Cash Contribution | $5,000.00 |
| 3864186 🔍 | 09/14/2021 | Original | Friends of Stan Pulliam | Space Age Fuels | Cash Contribution | $5,000.00 |
| 4361373 🔍 | 10/12/2022 | Original | Heart of Main Street PAC | Space Age Fuel | Cash Contribution | $9,999.00 |
| 4150036 🔍 | 05/05/2022 | Original | Kevin Mannix for State Representative | Space Age Fuels, Inc. | Cash Contribution | $5,000.00 |
| 4402797 🔍 | 11/03/2022 | Original | Kevin Mannix for State Representative | Space Age Fuels, Inc. | Cash Contribution | $5,000.00 |
| 4195847 🔍 | 06/28/2022 | Original | National Federation of Independent Business Oregon Political Action Committee | Space Age Fuel Inc | Cash Contribution | $1,000.00 |
| 2128475 🔍 | 12/17/2015 | Original | No Bend Gas Tax PAC | Space Age Fuels Inc | Cash Contribution | $2,000.00 |
| 2925068 🔍 | 08/21/2018 | Original | Oregon Business & Industry Candidate PAC | Space Age Fuels, Inc | Cash Contribution | $495.00 |
| 3237410 🔍 | 08/30/2019 | Original | Oregon Business & Industry Candidate PAC | Space Age Fuels, Inc | Cash Contribution | $495.00 |
| 2218908 🔍 | 04/14/2016 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $5,000.00 |
| 2518114 🔍 | 03/23/2017 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $450.00 |
| 3085429 🔍 | 11/20/2018 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $450.00 |
| 3217063 🔍 | 07/26/2019 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $450.00 |
| 3872088 🔍 | 09/28/2021 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $865.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3876857 🔍 | 10/08/2021 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $1,000.00 |
| 3982221 🔍 | 01/21/2022 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $1,000.00 |
| 4269438 🔍 | 09/07/2022 | Original | Oregon Fuels Association PAC | Space Age Fuel | Cash Contribution | $1,500.00 |
| 40715 🔍 | 03/22/2007 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Cash Contribution | $400.00 |
| 120377 🔍 | 10/22/2007 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Pledge of Cash | $500.00 |
| 121585 🔍 | 10/23/2007 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Cash Contribution | $500.00 |
| 204944 🔍 | 01/07/2008 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Cash Contribution | $400.00 |
| 527779 🔍 | 01/05/2009 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Cash Contribution | $400.00 |
| 655133 🔍 | 12/14/2009 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Cash Contribution | $500.00 |
| 990068 🔍 | 01/20/2011 | Original | Oregon Petroleum Association PAC | Space Age Fuel | Cash Contribution | $500.00 |
| 928167 🔍 | 08/25/2010 | Amended | Oregon Truck PAC | Space Age Fuel Products | Items Sold at Fair Market Value | $160.00 |
| 1048750 🔍 | 07/11/2011 | Original | Oregon Truck PAC | Space Age Fuel Products | Items Sold at Fair Market Value | $85.00 |
| 1287669 🔍 | 07/27/2012 | Original | Oregon Truck PAC | Space Age Fuel Products | Cash Contribution | $125.00 |
| 1287670 🔍 | 07/27/2012 | Original | Oregon Truck PAC | Space Age Fuel Products | Items Sold at Fair Market Value | $225.00 |
| 582563 🔍 | 07/14/2009 | Original | Oregonians Against Job-Killing Taxes | Space Age Fuel | Cash Contribution | $2,000.00 |

New Search                    Export To Excel Format                    Prev   Next

Privacy Policy   Accessibility Policy   Oregon Veterans   Oregon.gov

**Elections Division** • 255 Capitol St NE, Ste 501 • Salem OR 97310
Phone: 503-986-1518 or 1-866-673-VOTE • Fax: 503-373-7414 • orestar-support.sos@sos.oregon.gov

https://secure.sos.state.or.us/orestar/gotoPublicTransactionSearchResults.do?cneSearchButtonName=srtOrder&OWASP_CSRFTOKEN=1KIY-CDJS-0TKA-2U9K-L....          2/2