# **EXHIBIT 6**

Welcome to ORESTAR
December 6, 2023  (Version: v4.2.15.003 )

| Home | Business | Voting & Elections | State Archives | Audits |

**Public Search** ▲
- Committees/Filers by Name
- Committees/Filers by Election
- Committees by Measure/Petition
- Campaign Finance Transactions
- Campaign Finance Certificates
- Candidate Filings
- Local Measures

**My Vote**

**Sign in**

**Elections Home**

**Elections History**

**Publications & Forms**

## Transaction Search Results

New Search   Export To Excel Format                                      Prev   Next

*in-kind expenditure
**out-of-state contributor

**Search Criteria:** Contributor/Payee Name starts with Tim Knopp for State Senate,

**Results:** 1033 records found for the above search criteria

| Tran ID | Tran Date | Status | Filer/Committee | Contributor/Payee | Sub Type | Amount |
|---|---|---|---|---|---|---|
| 1897803 | 10/27/2014 | Original | Oregon Food Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 3593893 | 09/28/2020 | Original | Oregon Food Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 4326080 | 10/06/2022 | Original | Oregon Food Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 1366278 | 10/08/2012 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 1851589 | 10/02/2014 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $6,000.00 |
| 1877588 | 10/15/2014 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $15,000.00 |
| 1892939 | 10/24/2014 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $24,000.00 |
| 2406069 | 10/19/2016 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 3020895 | 10/10/2018 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3615620 | 09/16/2020 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $20,000.00 |
| 3866519 | 09/01/2021 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 4096844 | 04/06/2022 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $3,000.00 |
| 4197857 | 07/06/2022 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 4344212 | 10/12/2022 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $30,000.00 |
| 4443365 | 12/15/2022 | Original | Oregon Forest Industries Council Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2442888 | 11/09/2016 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $250.00 |
| 2812456 | 04/11/2018 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $250.00 |
| 3224079 | 07/26/2019 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $150.00 |
| 3323728 | 12/27/2019 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $100.00 |
| 3361797 | 01/27/2020 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $250.00 |
| 3697613 | 12/10/2020 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $100.00 |
| 4198364 | 06/15/2022 | Original | Oregon Freedom PAC | Tim Knopp for State Senate (15627) | Cash Contribution | $500.00 |

| ID | Date | Type | Filer | Committee | Purpose | Amount |
|---|---|---|---|---|---|---|
| 2295397 | 07/18/2016 | Original | Oregon Fuels Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 3561298 | 09/04/2020 | Original | Oregon Fuels Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 4279194 | 09/13/2022 | Original | Oregon Fuels Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 4604755 | 07/16/2023 | Original | Oregon Fuels Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 1419387 | 10/25/2012 | Original | Oregon Gun Owners PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 1251884 | 05/02/2012 | Amended | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 1365444 | 10/08/2012 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $7,500.00 |
| 1381427 | 10/16/2012 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 1401329 | 10/25/2012 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 1778742 | 08/06/2014 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 1860473 | 10/07/2014 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 2058487 | 08/28/2015 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 2279802 | 07/01/2016 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 2379257 | 10/03/2016 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 2410004 | 10/20/2016 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 2618060 | 09/14/2017 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 2921325 | 08/16/2018 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 2997471 | 10/02/2018 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 3043557 | 10/22/2018 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 3254370 | 09/26/2019 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3277501 | 10/29/2019 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 3426438 | 04/08/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 3466687 | 05/07/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3491188 | 06/16/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 3547397 | 08/24/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 3571669 | 09/10/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 3594827 | 09/28/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |
| 3614735 | 10/05/2020 | Original | Oregon Health Care Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $5,000.00 |

New Search    Export To Excel Format    Prev    Next

Privacy Policy    Accessibility Policy    Oregon Veterans    Oregon.gov

**Elections Division** • 255 Capitol St NE, Ste 501 • Salem OR 97310
Phone: 503-986-1518 or 1-866-673-VOTE • Fax: 503-373-7414 • orestar-support.sos@sos.oregon.gov



# Oregon Secretary of State

Welcome to ORESTAR
December 12, 2023   (Version: v4.2.15.003)

Home | Business | Voting & Elections | State Archives | Audits

**Public Search**
- Committees/Filers by Name
- Committees/Filers by Election
- Committees by Measure/Petition
- Campaign Finance Transactions
- Campaign Finance Certificates
- Candidate Filings
- Local Measures

**My Vote**

**Sign in**

**Elections Home**

**Elections History**

**Publications & Forms**

## Transaction Search Results

New Search    Export To Excel Format    Prev  Next

*in-kind expenditure
**out-of-state contributor

**Search Criteria:** Contributor/Payee Name starts with Tim Knopp for State Senate,
**Results:** 1035 records found for the above search criteria

| Tran ID | Tran Date | Status | Filer/Committee | Contributor/Payee | Sub Type | Amount |
|---|---|---|---|---|---|---|
| 2114209 | 12/10/2015 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,500.00 |
| 2485977 | 12/29/2016 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3101707 | 12/18/2018 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3253686 | 09/20/2019 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $250.00 |
| 3335777 | 01/07/2020 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $250.00 |
| 3636907 | 10/16/2020 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $750.00 |
| 3987885 | 01/27/2022 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 4393957 | 10/27/2022 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 4443033 | 12/15/2022 | Original | Oregon Medical PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1309018 | 08/23/2012 | Original | Oregon Mortgage Broker PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $350.00 |
| 1349748 | 10/01/2012 | Original | Oregon Neighborhood Store Association Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1886905 | 10/20/2014 | Original | Oregon Neighborhood Store Association Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 2278586 | 06/29/2016 | Original | Oregon Neighborhood Store Association Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2324078 | 08/23/2016 | Original | Oregon Neighborhood Store Association Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 3605863 | 10/01/2020 | Original | Oregon Neighborhood Store Association Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 4312521 | 09/29/2022 | Original | Oregon Neighborhood Store Association Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 2406060 | 10/19/2016 | Original | Oregon Nurse Anesthetist PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3030590 | 10/16/2018 | Original | Oregon Nurse Anesthetist PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 3648219 | 10/22/2020 | Original | Oregon Nurse Anesthetist PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 3981949 | 01/21/2022 | Original | Oregon Nurse Anesthetist PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1323521 | 09/11/2012 | Original | Oregon Nurseries Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2978014 | 09/14/2018 | Original | Oregon Nurseries Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3647595 | 10/19/2020 | Original | Oregon Nurseries Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $10,000.00 |
| 4283321 | 09/09/2022 | Original | Oregon Nurseries Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |
| 1222020 | 04/16/2012 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1378125 | 10/16/2012 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1586825 | 11/11/2013 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 1642115 | 01/21/2014 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 1721960 | 05/07/2014 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 1735391 | 05/27/2014 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 2109327 | 11/30/2015 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 2190257 | 03/08/2016 | Original | Oregon Nurses Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1259105 | 05/31/2012 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 1849078 | 10/01/2014 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $250.00 |
| 1928071 | 11/24/2014 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2070643 | 09/29/2015 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2294307 | 07/18/2016 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2826528 | 05/01/2018 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 2946091 | 09/04/2018 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 3355108 | 01/23/2020 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3464307 | 05/07/2020 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 3626527 | 10/12/2020 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $1,000.00 |
| 4145317 | 05/04/2022 | Original | Oregon Optometric Public Affairs Council | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,500.00 |
| 2348361 | 09/14/2016 | Original | Oregon Orthopedic Political Action Committee | Tim Knopp for State Senate (15627) | Cash Expenditure | $300.00 |
| 1833509 | 08/28/2014 | Original | Oregon PA (Physician Assistants) PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $250.00 |
| 2491160 | 01/04/2017 | Original | Oregon PA (Physician Assistants) PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 3101156 | 12/17/2018 | Original | Oregon PA (Physician Assistants) PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 3343188 | 01/13/2020 | Original | Oregon PA (Physician Assistants) PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 3636995 | 10/13/2020 | Original | Oregon PA (Physician Assistants) PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $500.00 |
| 1291619 | 07/24/2012 | Original | Oregon Petroleum Association PAC | Tim Knopp for State Senate (15627) | Cash Expenditure | $2,000.00 |

New Search   Export To Excel Format   Prev  Next

Privacy Policy • Accessibility Policy • Oregon Veterans • Oregon.gov

Elections Division • 255 Capitol St NE, Ste 501 • Salem OR 97310
Phone: 503-986-1518 or 1-866-673-VOTE • Fax: 503-373-7414 • orestar-support.sos@sos.oregon.gov