# EXHIBIT 7

The Wayback Machine - https://web.archive.org/web/20190629194757/https://www.bendbulletin.com/exports/newsletters/mai...

Published Sept. 24, 2016 at 12:03AM

# Opponents seeking Bend's Senate seat agree to disagree

## Knopp, Delgado put opposite ideologies to test in Central Oregon race



Oregon State Senate candidates, from left, Greg Delgado and Tim Knopp. (The Bulletin file photos)
Buy photo



SALEM — You could say the two candidates running for Bend's seat in the Oregon Senate can agree on just one thing.

Republican Sen. Tim Knopp and Democratic challenger Greg Delgado don't agree on climate change or whether the state should create policies that curb greenhouse gas emissions.

### Senate District 27 candidates

NAME: Greg Delgado

AGE: 52

▼ VIEW MORE

12/6/23, 11:31 AM  Opponents seeking Bend's Senate seat agree to disagree; Knopp, Delgado put opposite ideologies at test in Central Oregon race

Case 3:23-cv-01213-YY    Document 147-7    Filed 12/13/23    Page 3 of 6

They don't agree on the new law that will raise the minimum wage to $13.50 an hour in Deschutes County. Only one supports a proposed $3 billion annual tax hike on big businesses in Oregon.

Knopp and Delgado are such polar opposites, one of the only things they can agree on is that they're polar opposites.

"There's probably never been a more stark contrast in an election for the Legislature than this time," Knopp said. "Is that an overstatement? I don't think so. I mean the choice for people is really clear."

Knopp, an Oregon native, is a conservative stalwart in Bend and Salem. He's an unapologetic "mainstream" Republican who has combated what he characterizes as the liberal policies that have passed through the Democrat-controlled Legislature for the past four years and he's looking for another four in the Nov. 8 election.

His top focus, he says, as it was in his 2012 race, is creating jobs throughout Oregon. Next up, a stance that may have helped land him an endorsement from the state's largest teachers union: education, and he tried in the last budget cycle to send more money to the State School Fund.

He called in 2015 for allocating $8 billion to the K-12 budget, a figure Democrats said was unattainable without cutting other services. Lawmakers eventually passed a $7.255 billion budget. Knopp voted against it.

In his decade in state politics, Knopp has shown himself able to rise to the top among his political peers, becoming House majority leader during three terms in the early 2000s and second-in-command of Senate Republicans in 2014.

He's a tough-on-all-taxes legislator who says he wants voters to send him back for another four-year term so he can continue work on reforming the state's underfunded public pension system and creating more jobs.

12/6/23, 11:31 AM Opponents seeking Bend's Senate seat agree to disagree; Knopp, Delgado put opposite ideologies at test in Central Oregon race

Case 3:23-cv-01213-YY Document 147-7 Filed 12/13/23 Page 4 of 6

"I don't think anybody's going to beat my work ethic," said Knopp, who is also the Independent Party's nominee. "It doesn't help to elect another liberal Democrat to a seat in Central Oregon because liberal Democrats control the process, and they're not going to pay attention to a liberal from Central Oregon anyway."

The only person standing in his way is Delgado, a Latino civil rights activist and Arizona native who's banking on his ability to build support through his history of grass-roots work in Central Oregon to send him to Salem.

Delgado was an outspoken proponent of raising Oregon's minimum wage. He worked on the campaign to give undocumented immigrants driver's licenses, an unsuccessful ballot measure campaign that originated in the Legislature, where Knopp opposed it.

"I have been super active on these issues," Delgado said. "That's one of the reasons I'm running. As a community member, we need to put this on the table and have these discussions."

After two years of study at the University of Houston, Delgado lived in Colorado and a decade ago moved to Bend, where he has worked as an organizer for the immigrant rights group Causa. Lately, he has worked part-time jobs, which he said shows he's a working class Bend resident who will work for people like him.

"Obviously the Senate race is not for money or a career thing," Delgado said. "It's saying, 'You know what, a working man can do this. A working man can be active in democracy.'"

Delgado agrees his differences with Knopp are wide and deep. He supports recent calls by tenant rights groups for a state law that allows cities to limit rent increases as a way to help keep renters across Oregon in homes as the state faces a housing crisis. Knopp says such a policy would lead homeowners to sell their houses, making the rental problem worse.

Delgado supports Ballot Measure 97, a union-backed proposal to tax businesses 2.5 percent on Oregon sales above $25 million, which state economists say would act as a sales tax and dampen job growth. Knopp opposes the measure.

Delgado supports the actions lawmakers have taken to curb greenhouse gas emissions. Knopp opposed recent landmark policies, including a bill to double the amount of renewable resources like wind and solar that Oregon's two largest private utilities use in producing electricity.

Their differences on climate could stem from a different belief in man-made global warming.

Said Delgado: "Absolutely, yes it's a real thing. I strongly believe that we're having global warming."

And Knopp, shortly after voting against the renewables bill in March: "I think one thing you can say for sure is I think the sun has the biggest impact on climate. So if you do a lot of research on the sun and how it affects climate, I think you'll find, and I think most scientists would say, the sun has the biggest impact."

Knopp has vowed to protect water and the local environment, and cited his support for a 2013 bill banning motors on Central Oregon's Waldo Lake, which most Republicans opposed. He has also focused on trying to manage Oregon's forests with thinning and other work as a way to prevent major wildfires.

While the district for the first time this election may have more registered Democrats than Republicans, moving it from a safe Republican seat to one that a candidate from either party could win, there are a few things working in Knopp's favor this election.

First, Delgado has been arrested twice for driving under the influence. He pleaded guilty in Deschutes County in 2008 and the conviction dismissed in 2010 after he completed a diversion program. He also pleaded guilty to driving under the influence in Texas in 1995,

12/6/23, 11:31 AM  Opponents seeking Bend's Senate seat agree to disagree; Knopp, Delgado put opposite ideologies at test in Central Oregon race

Case 3:23-cv-01213-YY    Document 147-7    Filed 12/13/23    Page 6 of 6

and has two driving-related misdemeanors in Texas and Arizona.

Delgado, who has worked on criminal justice issues since, and said "I am not proud of these moments but I have nothing to hide."

"I would just say to the voters I have not had a perfect past, but that doesn't change my desire to do good for our community," Delgado said. "I have not led a very privileged life and have made mistakes. I ask the voters to judge on my passion for our community and desire to represent the people."

Another factor in the race is the sudden death of Sen. Alan "Doc" Bates, a Medford Democrat, who died this summer while fishing. Bates, who was 71, was elected to the Southern Oregon swing seat in 2014, and his death forced Senate Democrats to focus their fundraising efforts and resources to defending the seat.

Knopp's campaign coffer, at $166,000, gives him far more money to spend to broadcast to voters than Delgado, who has $6,000. Regardless, Delgado says he'll fight for votes.

"A lot of people doubt, they question it," Delgado said. "But I've worked on organizing campaigns like this before. In rural communities, a lot of people know each other. It's about building trust and relationships."

— *Reporter: 406-589-4347,*

tanderson@bendbulletin.com