# EXHIBIT 8

**Welcome to ORESTAR**
**December 6, 2023  (Version: v4.2.15.003 )**



Home     Business     Voting & Elections     State Archives     Audits

**Public Search** ▲

- Committees/Filers by Name
- Committees/Filers by Election
- Committees by Measure/Petition
- Campaign Finance Transactions
- Campaign Finance Certificates
- Candidate Filings
- Local Measures

**My Vote**

**Sign in**

**Elections Home**

**Elections History**

**Publications & Forms**

## Transaction Search Results ⓘ

New Search      Export To Excel Format      Prev   Next

*in-kind expenditure
**out-of-state contributor

**Search Criteria :** Contributor/Payee Name starts with Pliska,      ❓ Help

**Results :** 19 records found for the above search criteria

| Tran ID | Tran Date | Status | Filer/Committee | Contributor/Payee | Sub Type | Amount |
|---|---|---|---|---|---|---|
| 4687584 🔍 | 11/15/2023 | Original | Vote Vasquez | James Pliska | Cash Contribution | $2,000.00 |
| 4606236 🔍 | 06/27/2023 | Original | Heart of Main Street PAC | Linda Pliska | Cash Contribution | $420.00 |
| 4541198 🔍 | 03/20/2023 | Original | Oregon Realtors Political Action Committee | Ken Pliska | Miscellaneous Other Receipt | $17.50 |
| 4515275 🔍 | 02/13/2023 | Original | Oregon Realtors Political Action Committee | Suzanne Pliska | Miscellaneous Other Receipt | $17.50 |
| 4373307 🔍 | 10/20/2022 | Original | Friends of Stan Pulliam | James Pliska | Cash Contribution | $2,500.00 |
| 4213199 🔍 | 07/26/2022 | Original | Friends of Christine Drazan | James Pliska | Cash Contribution | $10,000.00 |
| 4117528 🔍 | 04/20/2022 | Original | Friends of Christine Drazan | James Pliska | Cash Contribution | $5,000.00 |
| 4122758 🔍 | 04/18/2022 | Original | Oregon Realtors Political Action Committee | Ken Pliska | Miscellaneous Other Receipt | $17.50 |
| 4123482 🔍 | 04/18/2022 | Original | Oregon Realtors Political Action Committee | Suzanne Pliska | Miscellaneous Other Receipt | $17.50 |
| 4002548 🔍 | 02/07/2022 | Original | Friends of Christine Drazan | James Pliska | Cash Contribution | $5,000.00 |
| 3515147 🔍 | 07/20/2020 | Original | Friends of Jeff Helfrich | Jim Pliska | Cash Contribution | $1,000.00 |
| 3469577 🔍 | 05/12/2020 | Original | Friends of Tootie Smith | Linda Pliska | Cash Contribution | $1,500.00 |
| 2958268 🔍 | 09/10/2018 | Original | Knute for Governor | Bernie Pliska | Cash Contribution | $2,000.00 |
| 2669568 🔍 | 11/10/2017 | Original | Knute for Governor | Harold J Pliska | Cash Contribution | $100.00 |
| 953381 🔍 | 10/26/2010 | Original | Friends of Chris Dudley | Harold Pliska | Cash Contribution | $100.00 |
| 854661 🔍 | 08/10/2010 | Original | Friends of Chris Dudley | Harold Pliska | Cash Contribution | $100.00 |
| 819778 🔍 | 06/21/2010 | Original | Friends of Chris Dudley | Harold Pliska | Cash Contribution | $100.00 |
| 775369 🔍 | 05/02/2010 | Original | Friends of Chris Dudley | Harold Pliska | Cash Contribution | $100.00 |
| 273663 🔍 | 04/08/2008 | Original | Sho Dozono for Mayor | Allen Pliska | Cash Contribution | $500.00 |

New Search      Export To Excel Format      Prev   Next

Privacy Policy    Accessibility Policy    Oregon Veterans    Oregon.gov

**Elections Division** • 255 Capitol St NE, Ste 501 • Salem OR 97310
Phone: 503-986-1518 or 1-866-673-VOTE • Fax: 503-373-7414 • orestar-support.sos@sos.oregon.gov